# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Kimba M. | U.S. District Court, SDNY | 10/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 1/1/2017 to 12/31/2017 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street <br> New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New York City Ballet, Inc. |
| 2. | Trustee | The Frank E. Richardson 2011 Insurance Trust Agreement (See Note 4 in Section VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017* | Morgan Stanley Pension Benefit |
| 2. 2017* | Sonic Corp - various Board & Committee Fees |
| 3. 2017* | Blackstone, Centerview, Tinicum, Sentinal Capital and Vestar Capital - Fee Income |
| 4. | |
| 5. *(various) | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | P1 |
| 2. | American Express | Credit Card | L |
| 3. | Citibank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | EXXON CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 2. | MORGAN STANLEY BANK/CASH | A | Interest | J | T | | | | | |
| 3. | ADIENT PLC | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 4. | | | | | | Buy (add'l) | 03/24/17 | J | | |
| 5. | ALLERGAN CMN STK | | None | | | Buy (add'l) | 01/03/17 | J | | |
| 6. | | | | | | Buy (add'l) | 01/10/17 | J | | |
| 7. | | | | | | Sold | 01/17/17 | J | A | |
| 8. | ALPHABET INC COMMON STOCK | | None | J | T | Buy (add'l) | 03/24/17 | J | | |
| 9. | AMAZON COM INC COMMON STOCK | | None | K | T | | | | | |
| 10. | APPLE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. | AQR STYLE PREMIA ALT FUND | A | Dividend | J | T | Sold (part) | 03/24/17 | J | | |
| 12. | ARES CAPITAL CORP FUND | A | Dividend | J | T | Sold (part) | 11/17/17 | J | A | |
| 13. | | | | | | Sold (part) | 12/11/17 | J | A | |
| 14. | | | | | | Sold (part) | 12/13/17 | J | A | |
| 15. | BUCKEYE PARTNERS LP COMMON STOCK (SEE NOTE 1 IN SECT VIII) | A | Distribution | J | T | Buy (add'l) | 11/27/17 | J | | |
| 16. | | | | | | Buy (add'l) | 11/30/17 | J | | |
| 17. | CISCO SYS INC COMMON STOCK | | None | J | T | Buy | 11/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CIT GROUP INC COMMON STOCK | A | Dividend | | | Sold (part) | 06/26/17 | J | C | |
| 19. | | | | | Sold | 06/27/17 | J | B | |
| 20. COMCAST CORP COMMON STOCK | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 21. CORBUS PHARMACEUTICALS HLDGS COMMON STOCK | | None | J | T | Buy | 10/26/17 | J | | |
| 22. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 23. CROWN CASTLE INTL CORP COMMONS STOCK | A | Dividend | J | T | Sold (part) | 06/29/17 | J | A | |
| 24. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 25. | | | | | Sold (part) | 11/17/17 | J | A | |
| 26. | | | | | Sold (part) | 11/30/17 | J | A | |
| 27. DOWDUPONT INC COMMON STOCK | | None | J | T | Buy | 11/30/17 | J | | |
| 28. ENTERPRISE PROD PARTNERS LP (SEE NOTE I IN SECT VIII) | | None | J | T | | | | | |
| 29. FRESHPET INC COMMON STOCK | | None | J | T | | | | | |
| 30. GTT COMMUNICATIONS INC COMMON STK (SEE NOTE 21 IN SECT VIII) | | None | | | Buy (add'l) | 03/10/17 | J | | |
| 31. | | | | | Sold (part) | 05/25/17 | J | A | |
| 32. | | | | | Sold (part) | 07/11/17 | J | A | |
| 33. | | | | | Sold (part) | 08/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold (part) | 08/29/17 | J | A | |
| 35. | | | | | Sold (part) | 08/31/17 | J | A | |
| 36. GULFPORT ENERGY CORP COMMON STOCK | | None | | | Sold (part) | 08/07/17 | J | | |
| 37. | | | | | Sold | 08/08/17 | J | | |
| 38. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 11/30/17 | J | B | |
| 39. ISHARES NASDAQ BIOTECH ETF | | None | | | Sold | 01/17/17 | J | A | |
| 40. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | J | T | | | | | |
| 41. ISHARES US OIL & GAS EXP PROD ETF | A | Dividend | J | T | Sold (part) | 11/17/17 | J | A | |
| 42. INVESCO PREMIER TAX EXEMPT INST | A | Interest | J | T | Buy | 10/10/17 | J | | |
| 43. | | | | | Sold (part) | 10/26/17 | J | | |
| 44. KAR AUCTION SVCS INC COMMON STOCK (SEE NOTE 21 IN SECT VIII) | A | Dividend | | | Sold (part) | 02/02/17 | J | B | |
| 45. | | | | | Sold (part) | 02/03/17 | J | B | |
| 46. | | | | | Sold (part) | 02/06/17 | J | B | |
| 47. OAKMARK INTL MUTUAL FUND | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 48. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 49. POWERSHARES INTL BUYBACK FUND | A | Dividend | J | T | | | | | |
| 50. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. IQVIA HOLDINGS INC (FKA QUINTILES IMS HOLDINGS INC) COMMON | | None | J | T | Buy | 05/25/17 | J | | |
| 52. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 53. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | | | | | |
| 54. SPDR S&P REGIONAL BANKING ETF | A | Dividend | | | Buy | 01/18/17 | J | | |
| 55. | | | | | Sold | 03/22/17 | J | | |
| 56. STARBUCKS CORP COMMON STOCK | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 57. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 58. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 59. TORONTO DOM BK COMMON STOCK | A | Dividend | K | T | Buy | 03/22/17 | J | | |
| 60. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 61. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 62. VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | K | T | | | | | |
| 63. VANGUARD INFO TECH ETF | A | Dividend | K | T | | | | | |
| 64. VANGUARD MID-CAP ETF | A | Dividend | J | T | | | | | |
| 65. VANGUARD SMALL CAP ETF | A | Dividend | | | Sold | 04/03/17 | J | B | |
| 66. VIRTUS INSIGHT EMERGING MKTS MUTUAL FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. VISA INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 68. WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/18/17 | J | | |
| 70. | | | | | Sold (part) | 05/26/17 | J | | |
| 71. WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | J | T | | | | | |
| 72. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 73. YUM BRANDS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 74. IRA ACCOUNT #1 | | | | | | | | | |
| 75. IRA #1 - MORGAN STANLEY BANK CASH/MM | A | Interest | K | T | | | | | |
| 76. IRA #1 - COMMON STOCKS (LINES 77-128) | | | | | | | | | |
| 77. ADIENT PLC COMMON | A | Dividend | K | T | Buy | 03/28/17 | K | | |
| 78. ALPHABET INC | | None | L | T | Sold (part) | 12/07/17 | J | B | |
| 79. AMAZON COM INC | | None | L | T | | | | | |
| 80. CHEVRON CORP | A | Dividend | | | Sold | 07/13/17 | K | | |
| 81. CISCO SYS INC | | None | K | T | Buy | 11/17/17 | K | | |
| 82. COMCAST CORP | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 83. CORBUS PHARMACEUTICALS HLDGS | | None | K | T | Buy | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 85. CROWN CASTLE INTL CORP | C | Dividend | L | T | Sold (part) | 05/23/17 | J | A | |
| 86. | | | | | Sold (part) | 06/29/17 | K | C | |
| 87. | | | | | Buy (add'l) | 07/21/17 | K | | |
| 88. | | | | | Sold (part) | 11/03/17 | K | C | |
| 89. DANAHER CORPORATION | A | Dividend | K | T | | | | | |
| 90. DOWDUPONT NIC | | None | K | T | Buy | 11/30/17 | K | | |
| 91. FRESHPET INC | | None | K | T | Sold (part) | 12/07/17 | J | A | |
| 92. | | | | | Sold (part) | 12/08/17 | J | B | |
| 93. | | | | | Sold (part) | 12/11/17 | J | B | |
| 94. GTT COMMUNICATIONS INC | | None | | | Sold (part) | 05/18/17 | J | C | |
| 95. | | | | | Sold | 05/19/17 | J | C | |
| 96. HONEYWELL INTERNATIONAL INC | B | Dividend | K | T | Sold (part) | 07/13/17 | K | D | |
| 97. KAR AUCTION SERVICES INC | A | Dividend | | | Sold (part) | 02/02/17 | J | D | |
| 98. | | | | | Sold (part) | 02/03/17 | J | D | |
| 99. | | | | | Sold (part) | 02/06/17 | J | D | |
| 100. | | | | | Sold | 02/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  KINDER MORGAN INCORP | | None | K | T | Buy | 12/07/17 | K | | |
| 102. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 103. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 104. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 105.  MEDTRONIC PLC | A | Dividend | | | Sold | 08/14/17 | K | C | |
| 106.  ONEOK INC | | None | K | T | Buy | 12/07/17 | K | | |
| 107. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 108. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 109.  IQVIA HLDGS (FKA QUINTILES IMS HOLDINGS INC) | | None | L | T | Buy | 08/14/17 | K | | |
| 110. | | | | | Buy (add'l) | 11/09/17 | K | | |
| 111. | | | | | Sold (part) | 11/30/17 | J | | |
| 112.  STARBUCKS CORP | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 113.  STARWOOD PROPERTY TRUST INC | C | Dividend | K | T | | | | | |
| 114.  TERRAFORM PWR INC | | None | L | T | Buy | 11/03/17 | J | | |
| 115. | | | | | Buy (add'l) | 11/07/17 | K | | |
| 116. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 117. | | | | | Buy (add'l) | 11/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Buy (add'l) | 11/10/17 | K | | |
| 119. THERMO FISHER SCIENTIFIC | A | Dividend | K | T | | | | | |
| 120. TORONTO DOM BK NEW | B | Dividend | L | T | Buy | 04/04/17 | K | | |
| 121. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 122. VERIZON COMMUNICATIONS | A | Dividend | L | T | Buy | 07/13/17 | L | | |
| 123. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 124. | | | | | Sold (part) | 12/07/17 | K | B | |
| 125. VISA INC | A | Dividend | L | T | | | | | |
| 126. WALT DISNEY CO HLDG CO | A | Dividend | K | T | | | | | |
| 127. WELLS FARGO & CO | B | Dividend | L | T | Sold (part) | 11/03/17 | K | D | |
| 128. YUM BRANDS INC | A | Dividend | | | Sold | 08/25/17 | K | D | |
| 129. IRA #1 - ETF AND CLOSED END FUNDS (LINES 130-166) | | | | | | | | | |
| 130. ARES CAPITAL CORP | D | Dividend | L | T | Sold (part) | 04/03/17 | K | C | |
| 131. ABERDEEN INCOME CR STRATEGIES (FKA AVENUE INCOME CREDIT FUND | C | Dividend | | | Sold (part) | 12/11/17 | J | | |
| 132. | | | | | Sold (part) | 12/12/17 | J | | |
| 133. | | | | | Sold (part) | 12/13/17 | J | | |
| 134. | | | | | Sold (part) | 12/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Sold (part) | 12/18/17 | J | | |
| 136. | | | | | Sold (part) | 12/19/17 | J | | |
| 137. | | | | | Sold (part) | 12/27/17 | J | | |
| 138. | | | | | Sold | 12/28/17 | J | | |
| 139. BLACKROCK CORP HIGH YLD FD INC | A | Dividend | | | Sold (part) | 01/25/17 | J | B | |
| 140. | | | | | Sold (part) | 01/26/17 | J | B | |
| 141. | | | | | Sold (part) | 01/27/17 | J | B | |
| 142. | | | | | Sold (part) | 01/30/17 | J | A | |
| 143. | | | | | Sold | 01/31/17 | J | A | |
| 144. FIRST TRUST SENIOR LOAN FUND | B | Dividend | K | T | Sold (part) | 11/17/17 | J | | |
| 145. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | K | T | | | | | |
| 146. ISHARES NASDAQ BIOTECH ETF | | None | | | Sold | 01/17/17 | K | C | |
| 147. ISHARES US OIL & GAS EXP PROD | A | Dividend | | | Sold (part) | 11/03/17 | K | C | |
| 148. | | | | | Sold (part) | 12/07/17 | K | C | |
| 149. | | | | | Sold | 12/08/17 | K | D | |
| 150. PENNANTPARK FLTG RT CAP LTD | C | Dividend | K | T | | | | | |
| 151. PENNANTPARK INVESTMENT CORP | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. POWERSHARES INTL BUYBACK | A | Dividend | L | T | | | | | |
| 153. PROSHARES TR S&P 500 DV ARIST FUND | B | Dividend | L | T | Sold (part) | 11/03/17 | K | D | |
| 154. | | | | | Sold (part) | 11/30/17 | J | B | |
| 155. SOLAR CAPITAL LTD FUND | C | Dividend | K | T | | | | | |
| 156. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | Sold (part) | 11/30/17 | J | C | |
| 157. VANGUARD INFO TECH ETF | A | Dividend | L | T | Sold (part) | 11/17/17 | J | D | |
| 158. VANGUARD MIDCAP ETF | A | Dividend | K | T | | | | | |
| 159. VANGUARD SMALL CAP ETF | A | Dividend | | | Sold | 04/03/17 | L | D | |
| 160. WISDOMTREE CBOE S&P 500 ETF | C | Dividend | L | T | Buy (add'l) | 01/26/17 | K | | |
| 161. WISDOMTREE EURO SM CAP DIV ETF | B | Dividend | L | T | Buy (add'l) | 04/24/17 | K | | |
| 162. WISDOMTREE MID CAP DIV | A | Dividend | | | Sold (part) | 01/25/17 | K | C | |
| 163. | | | | | Sold | 10/05/17 | K | D | |
| 164. WISDOMTREE SMALL CAP DIV FUND | B | Dividend | K | T | Sold (part) | 12/07/17 | J | B | |
| 165. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | L | T | Buy (add'l) | 01/25/17 | K | | |
| 166. | | | | | Sold (part) | 11/17/17 | K | C | |
| 167. IRA #1 - MUTUAL FUND(S) (LINES 168-176) | | | | | | | | | |
| 168. AQR LONG-SHORT EQUITY | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. AQR MANAGED FUTURES STRATEGY | | None | | | Sold | 07/13/17 | K | | |
| 170. AQR STYLE PREMIA ALTERNATIVE | C | Dividend | K | T | | | | | |
| 171. INVESCO PREMIER INST (SEE NOTE 21 IN SECT VIII) | A | Dividend | | | Buy | 10/13/17 | J | | |
| 172. JPMORGAN HEDGED EQUITY | A | Dividend | K | T | Buy | 10/05/17 | K | | |
| 173. OAKMARK INTERNATIONAL | C | Dividend | M | T | Buy | 02/01/17 | K | | |
| 174. | | | | | Buy (add'l) | 03/09/17 | K | | |
| 175. | | | | | Buy (add'l) | 04/24/17 | K | | |
| 176. VIRTUS VONTOBEL EMRG MKT (FKA VIRTUS INSIGHT EMERG MKTS) | A | Dividend | K | T | | | | | |
| 177. BIF MONEY FUND/CASH (SEE NOTE 24 IN SECT VIII) | A | Dividend | M | T | Buy (add'l) | 01/04/17 | J | | |
| 178. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 179. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 180. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 181. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 182. | | | | | Sold (part) | 02/22/17 | J | | |
| 183. | | | | | Sold (part) | 02/27/17 | J | | |
| 184. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 185. | | | | | Buy (add'l) | 03/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 187. | | | | | Sold (part) | 04/04/17 | J | | |
| 188. | | | | | Sold (part) | 04/07/17 | J | | |
| 189. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 190. | | | | | Sold (part) | 04/20/17 | J | | |
| 191. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 192. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 193. | | | | | Sold (part) | 05/12/17 | J | | |
| 194. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 195. | | | | | Sold (part) | 06/12/17 | J | | |
| 196. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 197. | | | | | Sold (part) | 06/28/17 | J | | |
| 198. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 199. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 200. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 201. | | | | | Sold (part) | 07/21/17 | J | | |
| 202. | | | | | Sold (part) | 07/24/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. | | | | | Sold (part) | 07/26/17 | J | | |
| 204. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 205. | | | | | Sold (part) | 08/08/17 | K | | |
| 206. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 207. | | | | | Sold (part) | 08/22/17 | J | | |
| 208. | | | | | Sold (part) | 09/01/17 | J | | |
| 209. | | | | | Sold (part) | 09/07/17 | K | | |
| 210. | | | | | Buy (add'l) | 09/12/17 | K | | |
| 211. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 212. | | | | | Sold (part) | 09/27/17 | K | | |
| 213. | | | | | Buy (add'l) | 10/02/17 | M | | |
| 214. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 215. | | | | | Sold (part) | 10/11/17 | K | | |
| 216. | | | | | Sold (part) | 10/24/17 | J | | |
| 217. | | | | | Sold (part) | 10/25/17 | J | | |
| 218. | | | | | Sold (part) | 11/01/17 | J | | |
| 219. | | | | | Buy (add'l) | 11/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. | | | | | Sold (part) | 11/22/17 | K | | |
| 221. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 222. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 223. | | | | | Sold (part) | 12/18/17 | J | | |
| 224. | | | | | Sold (part) | 12/27/17 | J | | |
| 225. ADDL COMMON STOCKS AND FUNDS (NON-IRA)(LINES 226-359) | | | | | | | | | |
| 226. ABBVIE COMMON STOCK (NOTE 26 IN SECT VIII) | D | Dividend | | | Sold | 04/26/17 | N | E | |
| 227. ACCENTURE COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | L | T | Buy | 01/20/17 | K | | |
| 228. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 229. | | | | | Buy (add'l) | 04/20/17 | K | | |
| 230. CHUBB (FKA AS ACE LTD) COMMON STOCK (NOTE 26 IN SECT VIII) | D | Dividend | N | T | | | | | |
| 231. AIR PRODS & CHEMS COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/05/17 | K | | |
| 232. | | | | | Buy (add'l) | 01/20/17 | K | | |
| 233. ALPHABET COMMON STOCK (NOTE 26 SECT VIII) | | None | N | T | Buy | 01/09/17 | N | | |
| 234. AMAZON.COM COMMON STOCK (NOTE 26 SECT VIII) | | None | O | T | Buy (add'l) | 01/25/17 | M | | |
| 235. AMGEN COMMON STOCK (NOTES 25 & 26 SECT VIII) | E | Dividend | O | T | Sold (part) | 01/20/17 | L | D | |
| 236. | | | | | Buy (add'l) | 08/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. ANALOG DEVICES COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | L | T | Buy | 05/02/17 | K | | |
| 238. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 239. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 240. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 241. ANTERO MIDSTREAM COMMON STOCK (SEE NOTES 1 & 26 SECT VIII) | | None | | | Spinoff (from line 817) | 07/06/17 | L | | |
| 242. | | | | | Sold | 10/27/17 | L | | |
| 243. APPLE INC COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | M | T | Sold (part) | 01/20/17 | K | C | |
| 244. APPLIED MATERIALS COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | L | T | Sold (part) | 01/05/17 | K | D | |
| 245. | | | | | Sold (part) | 01/20/17 | L | E | |
| 246. | | | | | Sold (part) | 01/31/17 | J | C | |
| 247. | | | | | Sold (part) | 03/22/17 | J | C | |
| 248. | | | | | Sold (part) | 05/02/17 | J | D | |
| 249. | | | | | Sold (part) | 08/01/17 | J | D | |
| 250. | | | | | Sold (part) | 12/06/17 | J | D | |
| 251. AT&T COMMON STOCK (NOTE 26 IN SECT VIII) | C | Dividend | | | Sold (part) | 01/20/17 | J | | |
| 252. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 253. | | | | | Buy (add'l) | 08/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Sold | 12/06/17 | L | | |
| 255. AUTOZONE COMMON STOCK (NOTE 26 IN SECT VIII) | | None | | | Sold | 01/23/17 | N | | |
| 256. BERKSHIRE HATHAWAY COMMON STOCK (NOTE 26 IN SECT VIII) | | None | O | T | | | | | |
| 257. BLACKROCK INC COMMON STOCK (NOTES 25 & 26 IN SECT VIII) | E | Dividend | P1 | T | Buy (add'l) | 01/20/17 | K | | |
| 258. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 259. | | | | | Sold (part) | 08/21/17 | J | A | |
| 260. BOEING COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/20/17 | L | | |
| 261. | | | | | Sold (part) | 08/01/17 | K | D | |
| 262. CABOT OIL & GAS COMMON STOCK (NOTE 26 SECT VIII) | B | Dividend | N | T | | | | | |
| 263. CDK GLOBAL INC COMMON STOCK (NOTE 26 IN SECT VIII) | C | Dividend | N | T | | | | | |
| 264. CHEVRON COMMON STOCK (NOTE 25 SECT VIII) | C | Dividend | L | T | Buy | 01/20/17 | L | | |
| 265. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 266. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 267. CISCO SYS COMMON STOCK (NOTE 25 SECT VIII) | B | Dividend | L | T | Buy | 01/05/17 | L | | |
| 268. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 269. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 270. CME GROUP COMMON STOCK (NOTE 25 SECT VIII) | D | Dividend | L | T | Sold (part) | 01/20/17 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. | | | | | Sold (part) | 01/31/17 | J | C | |
| 272. | | | | | Sold (part) | 03/22/17 | J | C | |
| 273. COGNIZANT TECH SOLUTIONS COMMON STOCK (NOTE 26 SECT VIII) | C | Dividend | O | T | | | | | |
| 274. COMCAST COMMON STOCK (NOTE 25 SECT VIII) | B | Dividend | L | T | Sold (part) | 01/20/17 | L | D | |
| 275. | | | | | Sold (part) | 01/31/17 | J | B | |
| 276. CONS DISCRET SEL SECT SPDR FUND (NOTE 25 IN SECT VIII) | A | Dividend | K | T | | | | | |
| 277. CONSTELLATION BRANDS (NOTE 26 SECT VIII) | B | Dividend | N | T | Buy | 04/17/17 | N | | |
| 278. CROWN CASTLE COMMON STOCK (NOTE 25 IN SECT VIII) | C | Dividend | M | T | Sold (part) | 01/20/17 | L | A | |
| 279. | | | | | Sold (part) | 05/02/17 | J | A | |
| 280. | | | | | Buy (add'l) | 07/19/17 | L | | |
| 281. | | | | | Sold (part) | 10/20/17 | J | B | |
| 282. DOWDUPONT COMMON STOCK (NOTE 25 IN SECT VIII) | | None | K | T | Buy | 11/21/17 | K | | |
| 283. ENERGY SEL SECT SPDR FUND (NOTE 25 IN SECT VIII) | A | Dividend | | | Sold | 11/21/17 | J | | |
| 284. GENERAL DYNAMICS COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | K | T | Buy | 01/20/17 | L | | |
| 285. | | | | | Sold (part) | 03/13/17 | J | A | |
| 286. | | | | | Sold (part) | 05/02/17 | J | A | |
| 287. | | | | | Sold (part) | 05/26/17 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. GENERAL MOTORS COMMON STOCK (NOTE 26 IN SECT VIII) | A | Dividend | | | Sold (part) | 01/20/17 | L | A | |
| 289. | | | | | Sold (part) | 05/02/17 | J | | |
| 290. | | | | | Sold | 05/15/17 | K | | |
| 291. GUGGENHEIM S&P 500 EQUITY WEIGHT FUND (NOTE 25 IN SECT VIII) | B | Dividend | L | T | | | | | |
| 292. THE HERSHEY CO COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/20/17 | K | | |
| 293. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 294. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 295. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 296. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 297. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 298. HOME DEPOT COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Sold (part) | 01/20/17 | L | E | |
| 299. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 300. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 301. HONEYWELL COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | L | T | Buy | 02/15/17 | K | | |
| 302. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 303. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 304. | | | | | Buy (add'l) | 08/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. ISHARES EDGE MSCI MIN VOL USA ETF (NOTE 25 IN SECT VIII) | A | Dividend | L | T | | | | | |
| 306. ISHARES MSCI EAFE SM CAP ETF (NOTE 25 IN SECT VIII) | B | Dividend | K | T | | | | | |
| 307. ISHARES MSCI EAFE GROWTH ETF (NOTE 25 IN SECT VIII) | A | Dividend | K | T | | | | | |
| 308. ISHARES NASDAQ BIOTECH ETF (NOTE 26 IN SECT VIII) | | None | | | Buy (add'l) | 01/11/17 | J | | |
| 309. | | | | | Sold | 01/17/17 | K | | |
| 310. ISHARES S&P 500 VAL ETF (NOTE 25 IN SECT VIII) | B | Dividend | L | T | | | | | |
| 311. ISHARES US BASIC MATERIALS (NOTE 25 IN SECT VIII) | A | Dividend | J | T | Buy | 11/21/17 | J | | |
| 312. ISHARES US TECHNOLOGY ETF (NOTE 25 IN SECT VIII) | A | Dividend | K | T | | | | | |
| 313. JOHNSON & JOHNSON COMMON STOCK (NOTE 26 IN SECT VIII) | E | Dividend | P1 | T | | | | | |
| 314. JPMORGAN CHASE COMMON STOCK (NOTE 25 IN SECT VIII) | C | Dividend | M | T | Sold (part) | 01/05/17 | L | E | |
| 315. | | | | | Sold (part) | 01/20/17 | L | E | |
| 316. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 317. | | | | | Sold (part) | 08/21/17 | J | C | |
| 318. KRAFT HEINZ COMMON STOCK (NOTE 26 IN SECT VIII) | B | Dividend | | | Buy | 01/20/17 | L | | |
| 319. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 320. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 321. | | | | | Sold | 09/28/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. L BRANDS COMMON STOCK (NOTE 26 IN SECT VIII) | B | Dividend | | | Buy | 01/20/17 | K | | |
| 323. | | | | | Sold | 10/31/17 | K | | |
| 324. MEDTRONIC PLC COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Sold (part) | 01/20/17 | L | B | |
| 325. MERCK & CO COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | J | T | Buy | 01/20/17 | L | | |
| 326. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 327. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 328. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 329. | | | | | Sold (part) | 12/06/17 | L | | |
| 330. MICROSOFT COMMON STOCK (NOTES 25 & 26 SECT VIII) | D | Dividend | O | T | Buy (add'l) | 01/20/17 | L | | |
| 331. NEWELL BRANDS COMMON STOCK (NOTE 26 IN SECT VIII) | B | Dividend | | | Buy | 01/20/17 | K | | |
| 332. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 333. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 334. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 335. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 336. | | | | | Sold | 12/06/17 | M | | |
| 337. OAKMARK INTERNATIONAL (NOTE 25 IN SECT VIII) | B | Dividend | K | T | Buy | 02/08/17 | K | | |
| 338. OCCIDENTAL PETE CORP COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/20/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 340. PEPSICO COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Sold (part) | 01/20/17 | L | D | |
| 341. | | | | | Sold (part) | 01/31/17 | J | A | |
| 342. | | | | | Sold (part) | 08/21/17 | J | B | |
| 343. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 344. PFIZER INC COMMON STOCK (NOTE 25 IN SECT VIII) | C | Dividend | K | T | Sold (part) | 01/20/17 | K | | |
| 345. | | | | | Sold (part) | 12/06/17 | L | | |
| 346. PIONEER NATURAL RESOURCES COMMON STOCK (NOTE 26 SECT VIII) | A | Dividend | M | T | | | | | |
| 347. POWERSHARES INTL BUYBACK (NOTE 25 IN SECT VIII) | A | Dividend | K | T | | | | | |
| 348. POWERSHARES S&P 500 LOW VOLA ETF (NOTE 25 IN SECT VIII) | B | Dividend | L | T | | | | | |
| 349. PROCTER & GAMBLE COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/20/17 | L | | |
| 350. | | | | | Sold (part) | 03/13/17 | J | A | |
| 351. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 352. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 353. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 354. PROSHARES TR S&P 500 DV ARIST FUND (NOTE 25 IN SECT VIII) | A | Dividend | L | T | | | | | |
| 355. QUALCOMM COMMON STOCK (NOTE 26 IN SECT VIII) | A | Dividend | | | Buy | 01/20/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 356. | | | | | Sold (part) | 01/31/17 | J | | |
| 357. | | | | | Sold | 04/20/17 | K | | |
| 358. RAYTHEON COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Sold (part) | 01/20/17 | K | C | |
| 359. | | | | | Sold (part) | 08/21/17 | K | C | |
| 360. IRA ACCOUNT #2 (LINES 361-453) (NOTE 26 IN SECT VIII) | | | | | | | | | |
| 361. ADIENT PLC | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 362. ALPHABET INC COMMON STOCK | | None | K | T | | | | | |
| 363. AMAZON COM INC COMMON STOCK | | None | K | T | | | | | |
| 364. AQR LONG-SHORT EQ INST MUTUAL FUND | B | Dividend | K | T | | | | | |
| 365. AQR MANAGED FUTURES STRATEGY MUTUAL FUND | | None | | | Sold | 07/13/17 | J | | |
| 366. AQR STYLE PREMIA ALTERNATIVE MUTUAL FUND | A | Dividend | J | T | | | | | |
| 367. ARES CAPITAL CORP FUND | B | Dividend | K | T | Sold (part) | 04/03/17 | J | B | |
| 368. ABERDEEN INCOME CR STRAT (FKA AVENUE INCOME CREDIT FUND) | B | Dividend | | | Sold (part) | 12/07/17 | J | | |
| 369. | | | | | Sold (part) | 12/11/17 | J | | |
| 370. | | | | | Sold (part) | 12/14/17 | J | | |
| 371. | | | | | Sold (part) | 12/18/17 | J | | |
| 372. | | | | | Sold (part) | 12/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. | | | | | Sold | 12/28/17 | J | A | |
| 374. BLACKROCK CORP HIGH YLD FD INC | A | Dividend | | | Sold (part) | 01/25/17 | J | A | |
| 375. | | | | | Sold (part) | 01/26/17 | J | A | |
| 376. | | | | | Sold (part) | 01/27/17 | J | A | |
| 377. | | | | | Sold (part) | 01/30/17 | J | A | |
| 378. | | | | | Sold | 01/31/17 | J | A | |
| 379. CHEVRON CORP COMMON STOCK | A | Dividend | | | Sold | 07/13/17 | J | | |
| 380. CISCO SYS INC | | None | J | T | Buy | 11/17/17 | J | | |
| 381. COMCAST CORP | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 382. CORBUS PHARMACEUTICALS HLDGS | | None | J | T | Buy | 10/31/17 | J | | |
| 383. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 384. CROWN CASTLE INTL CORP COMMON STOCK | A | Dividend | K | T | Sold (part) | 05/23/17 | J | A | |
| 385. | | | | | Sold (part) | 06/29/17 | J | B | |
| 386. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 387. | | | | | Sold (part) | 11/03/17 | J | B | |
| 388. DANAHER CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 389. DOWDUPONT INC | | None | J | T | Buy | 11/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. FIRST TRUST SENIOR LOAN FUND | A | Dividend | J | T | Sold (part) | 11/17/17 | J | | |
| 391. FRESHPET INC COMMON STOCK | | None | J | T | | | | | |
| 392. GTT COMMUNICATIONS INC COMMON STOCK | | None | | | Sold (part) | 05/18/17 | J | A | |
| 393. | | | | | Sold | 05/19/17 | J | A | |
| 394. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 07/13/17 | J | C | |
| 395. IQVIA HOLDINGS INC (FKA QUINTILES IMS HOLDINGS INC) COMMON | | None | K | T | Buy | 08/14/17 | J | | |
| 396. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 397. | | | | | Sold (part) | 11/30/17 | J | | |
| 398. ISHARES MSCI GROWTH ETF | A | Dividend | J | T | | | | | |
| 399. ISHARES NASDAQ BIOTECH ETF | | None | | | Sold | 01/17/17 | J | A | |
| 400. ISHARES US OIL & GAS EXP PROD ETF | A | Dividend | | | Sold (part) | 11/03/17 | J | B | |
| 401. | | | | | Sold (part) | 12/07/17 | J | B | |
| 402. | | | | | Sold | 12/08/17 | J | B | |
| 403. INVESCO PREMIER INST | A | Dividend | | | Buy | 10/13/17 | J | | |
| 404. | | | | | Sold | 11/01/17 | J | | |
| 405. JPMORGAN HEDGED EQUITY MUTUAL FUND | A | Dividend | J | T | Buy | 10/05/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 406. KAR AUCTION SVCS INC COMMON STOCK (SEE NOTE 21 IN SECT VIII) | A | Dividend | | | Sold (part) | 02/02/17 | J | B | |
| 407. | | | | | Sold (part) | 02/03/17 | J | B | |
| 408. | | | | | Sold (part) | 02/06/17 | J | B | |
| 409. KINDER MORGAN INCORP COMMON STOCK | | None | J | T | Buy | 12/07/17 | J | | |
| 410. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 411. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 412. MEDTRONIC PLC COMMON STOCK | A | Dividend | | | Sold | 08/14/17 | J | B | |
| 413. OAKMARK INTERNATIONAL MUTUAL FUND | B | Dividend | K | T | Buy | 02/01/17 | J | | |
| 414. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 415. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 416. ONEOK INC COMMON STOCK | | None | J | T | Buy | 12/07/17 | J | | |
| 417. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 418. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 419. PENNANTPARK FLTG RT CAP LTD FUND | B | Dividend | J | T | | | | | |
| 420. PENNANTPARK INVESTMENT CORP FUND | B | Dividend | J | T | | | | | |
| 421. POWERSHARES INTL BUYBACK FUND | A | Dividend | K | T | | | | | |
| 422. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | K | T | Sold (part) | 11/03/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 423. | | | | | Sold (part) | 11/30/17 | J | A | |
| 424. SOLAR CAPITAL LTD FUND | A | Dividend | J | T | | | | | |
| 425. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | Sold (part) | 11/30/17 | J | B | |
| 426. STARBUCKS CORP COMMON STOCK | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 427. STARWOOD PROPERTY TRUST CMN STOCK | B | Dividend | J | T | | | | | |
| 428. TERRAFORM PWR INC | | None | K | T | Buy | 11/03/17 | J | | |
| 429. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 430. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 431. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 432. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 433. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 434. TORONTO DOM BK COMMON STOCK | A | Dividend | K | T | Buy | 04/04/17 | J | | |
| 435. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 436. VANGUARD INFO TECH ETF | A | Dividend | K | T | Sold (part) | 11/17/17 | J | C | |
| 437. VANGUARD MID-CAP ETF | A | Dividend | J | T | | | | | |
| 438. VANGUARD SMALL CAP ETF | A | Dividend | | | Sold | 04/03/17 | K | C | |
| 439. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | Buy | 07/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 440. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 441. | | | | | Sold (part) | 12/07/17 | J | A | |
| 442. VIRTUS VONTOBEL EMG (FKA VIRTU INSIGHT EMG MKTS) MUTUAL FUND | A | Dividend | K | T | | | | | |
| 443. VISA INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 444. WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 445. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | Sold (part) | 11/03/17 | J | B | |
| 446. WISDOMTREE CBOE S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 01/26/17 | J | | |
| 447. WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | K | T | Buy (add'l) | 04/24/17 | J | | |
| 448. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 449. WISDOMTREE MID CAP DIV | A | Dividend | | | Sold (part) | 01/25/17 | J | A | |
| 450. | | | | | Sold | 10/05/17 | J | B | |
| 451. WISDOMTREE TRUST MIDCAP EARN FUND | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 452. | | | | | Sold (part) | 11/17/17 | J | B | |
| 453. YUM BRANDS INC COMMON STOCK | A | Dividend | | | Sold | 08/25/17 | J | C | |
| 454. ADDITIONAL COMMN STOCKS/FUNDS (NON-IRA) (LINES 455-507) | | | | | | | | | |
| 455. SCHLUMBERGER COMMON STOCK (NOTE 26 IN SECT VIII) | B | Dividend | | | Sold (part) | 01/20/17 | L | D | |
| 456. | | | | | Buy (add'l) | 01/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 457. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 458. | | | | | Sold | 12/06/17 | L | | |
| 459. SEMPRA ENERGY COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Sold (part) | 01/20/17 | K | | |
| 460. | | | | | Sold (part) | 08/21/17 | J | B | |
| 461. SPDR S&P 500 ETF (NOTE 25 IN SECT VIII) | | None | N | T | Buy | 12/06/17 | N | | |
| 462. SPDR S&P BANK ETF (NOTE 25 IN SECT VIII) | A | Dividend | K | T | Buy | 01/17/17 | J | | |
| 463. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 464. SPDR S&P MIDCP 400 ETF TRUST (NOTE 25 IN SECT VIII) | B | Dividend | M | T | | | | | |
| 465. SPDR S&P REGIONAL BANKING (NOTE 25 IN SECT VIII) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 466. SONIC CORP COMMON STOCK (NOTE 25 IN SECT VIII) | G | Dividend | P3 | T | Buy (add'l) | 01/10/17 | M | | |
| 467. | | | | | Sold (part) | 01/10/17 | M | F | |
| 468. | | | | | Sold (part) | 05/16/17 | P1 | H1 | |
| 469. | | | | | Sold (part) | 10/24/17 | N | G | |
| 470. | | | | | Sold (part) | 10/26/17 | O | G | |
| 471. | | | | | Sold (part) | 12/07/17 | L | F | |
| 472. | | | | | Sold (part) | 12/08/17 | P1 | H1 | |
| 473. | | | | | Sold (part) | 12/13/17 | P1 | H1 | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 474. | | | | | Buy (add'l) | 12/20/17 | M | | |
| 475. | | | | | Sold (part) | 12/20/17 | M | F | |
| 476. STARBUCKS COMMON STOCK (NOTE 26 SECT VIII) | C | Dividend | M | T | | | | | |
| 477. TE CONNECTIVITY COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/20/17 | L | | |
| 478. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 479. THE TRAVELLERS COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | K | T | Buy | 01/20/17 | K | | |
| 480. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 481. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 482. UBIQUITI NETWORKS COMMON STOCK (NOTE 26 IN SECT VIII) | | None | M | T | Buy | 06/05/17 | M | | |
| 483. UNITED HEALTH GROUP COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Sold (part) | 01/05/17 | K | D | |
| 484. | | | | | Sold (part) | 01/20/17 | L | E | |
| 485. UNITED PARCEL SERVICE COMMON STOCK (NOTE 26 IN SECT VIII) | | None | | | Buy | 01/20/17 | K | | |
| 486. | | | | | Sold | 02/15/17 | K | | |
| 487. US BANCORP COMMON STOCK (NOTE 25 IN SECT VIII) | A | Dividend | K | T | Buy | 01/20/17 | K | | |
| 488. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 489. VANGUARD FTSE EMERGING MARKETS FUND (NOTE 25 IN SECT VIII) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 490. VANGUARD INDEX FUNDS S&P 500 ETF (NOTE 25 IN SECT VIII) | B | Dividend | M | T | | | | | |
| 491. VANGUARD SMALL CAP ETF (NOTE 25 IN SECT VIII) | B | Dividend | M | T | | | | | |
| 492. VIRTUS VONTOBEL (FKA VIRTUS INSIGHT) (NOTE 25 IN SECT VIII) | A | Dividend | K | T | Sold (part) | 02/08/17 | K | | |
| 493. VISA COMMON STOCK (NOTE 26 IN SECT VIII) | B | Dividend | N | T | Buy | 04/17/17 | M | | |
| 494. | | | | | Buy (add'l) | 07/25/17 | M | | |
| 495. WALGREENS COMMON STOCK (NOTE 26 IN SECT VIII) | E | Dividend | O | T | Sold (part) | 11/02/17 | O | G | |
| 496. WELLS FARGO COMMON STOCK (NOTE 25 IN SECT VIII) | B | Dividend | L | T | Buy | 01/20/17 | K | | |
| 497. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 498. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 499. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 500. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 501. WISDOMTREE EUROPE HEDGED EQUITY FUND (NOTE 25 IN SECT VIII) | A | Dividend | J | T | Sold (part) | 02/08/17 | J | B | |
| 502. WISDOMTREE EURO SM CAP DIV FUND (NOTE 25 IN SECT VIII) | B | Dividend | K | T | | | | | |
| 503. WISDOMTREE MID CAP DIV FUND (NOTE 25 IN SECT VIII) | B | Dividend | L | T | | | | | |
| 504. WISDOMTREE TRUST MDCP EARN FUND (NOTE 25 IN SECT VIII) | A | Dividend | L | T | | | | | |
| 505. WISDOMTREE TRUST US QTLY DIV GRT FUND (NOTE 25 IN SECT VIII) | B | Dividend | L | T | | | | | |
| 506. WISDOMTREE TRUST US SM CAP DIV (NOTE 25 IN SECT VIII) | A | Dividend | K | T | Buy | 01/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 507. ZAYO GROUP HOLDINGS COMMON STOCK (NOTE 26 IN SECT VIII) | | None | M | T | | | | | |
| 508. MLPS (LINES 509-518) (SEE NOTE 25 IN SECT VIII) | | | | | | | | | |
| 509. BLACKSTONE GROUP (SEE NOTE 1 IN SECT VIII) | E | Distribution | M | T | | | | | |
| 510. BUCKEYE PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | M | T | | | | | |
| 511. ENERGY TRANS EQTY LP (SEE NOTE 1 IN SECT VIII) | E | Distribution | N | T | | | | | |
| 512. ENERGY TRANSFER LP (SEE NOTE 1 IN SECT VIII) | D | Distribution | K | T | | | | | |
| 513. ENTERPRISE GP/AKA ENTERPRISE PRODS LP (NOTE 1 IN SECT VIII) | D | Distribution | M | T | | | | | |
| 514. MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | C | Distribution | L | T | | | | | |
| 515. MPLX (SEE NOTE 1 IN SECT VIII) | | None | M | T | | | | | |
| 516. PJT PARTNERS INC CMN STK | A | Dividend | J | T | | | | | |
| 517. WESTERN GAS PARTNERS (SEE NOTE 1 IN SECT VIII) | D | Distribution | K | T | | | | | |
| 518. ANDEAVOR (FKA TESORO AND WESTERN REFINING) (NOTE 1 SECT VIII | C | Dividend | M | T | | | | | |
| 519. GS PUT ACCT (LINES 520-558) (NOTES 3 & 26 IN SECT VIII) | | | | | | | | | |
| 520. XSP PUT - CONTRACT CLOSED (EXPIRED 1/20/17) | | None | | | Buy | 01/12/17 | J | B | |
| 521. XSP PUT - CONTRACT CLOSED (EXPIRED 1/20/17)) | | None | | | Expired | 01/20/17 | | C | |
| 522. XSP PUT - CONTRACT CLOSED (EXPIRED 2/17/17) | | None | | | Expired | 02/17/17 | | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. XSP PUT - CONTRACT CLOSED (EXPIRES 3/17/17) | | None | | | Expired | 03/17/17 | | C | |
| 524. XSP PUT - CONTRACT OPENED (EXP 3/31/17) | | None | | | Sold | 01/12/17 | J | | |
| 525. CONTRACT CLOSED | | | | | Expired | 03/31/17 | | B | |
| 526. XSP PUT - CONTRACT OPENED (EXPIRES 4/21/2017) | | None | | | Sold | 01/12/17 | J | | |
| 527. CONTRACT CLOSED | | | | | Buy | 04/12/17 | J | B | |
| 528. XSP PUT - CONTRACT OPENED (EXPIRES 4/21/2017) | | None | | | Sold | 02/14/17 | J | | |
| 529. CONTRACT CLOSED | | | | | Expired | 04/21/17 | J | B | |
| 530. XSP PUT - CONTRACT OPENED (EXPIRES 5/17/2017) | | None | | | Sold | 03/02/17 | J | | |
| 531. CONTRACT CLOSED | | | | | Buy | 05/18/17 | J | B | |
| 532. XSP PUT - CONTRACT OPENED (EXPIRES 6/16/2017) | | None | | | Sold | 03/02/17 | J | | |
| 533. CONTRACT CLOSED | | | | | Buy | 06/13/17 | J | B | |
| 534. XSP PUT - CONTRACT OPENED (EXPIRES 6/31/2017) | | None | | | Sold | 04/07/17 | J | | |
| 535. CONTRACT CLOSED | | | | | Buy | 06/28/17 | J | B | |
| 536. XSP PUT - CONTRACT OPENED (EXPIRES 7/21/2017) | | None | | | Sold | 04/07/17 | J | | |
| 537. CONTRACT CLOSED | | | | | Expired | 07/21/17 | | C | |
| 538. XSP PUT - CONTRACT OPENED (EXPIRES 7/21/2017) | | None | | | Sold | 05/11/17 | J | | |
| 539. CONTRACT CLOSED | | | | | Buy | 07/17/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Wood, Kimba M.**

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 540. XSP PUT - CONTRACT OPENED (EXPIRES 8/17/2017) | | None | | | Sold | 05/18/17 | J | | |
| 541. CONTRACT CLOSED | | | | | Expired | 08/17/17 | J | B | |
| 542. XSP PUT - CONTRACT OPENED (EXPIRES 8/25/17) | | None | | | Sold | 07/06/17 | J | | |
| 543. CONTRACT CLOSED | | | | | Expired | 08/25/17 | J | B | |
| 544. XSP PUT - CONTRACT OPENED (EXPIRES 9/15/2017) | | None | | | Sold | 07/06/17 | J | | |
| 545. CONTRACT CLOSED | | | | | Expired | 09/15/17 | J | B | |
| 546. XSP PUT - CONTRACT OPENED (EXPIRES 9/29/2017) | | None | | | Sold | 08/03/17 | J | | |
| 547. CONTRACT CLOSED | | | | | Expired | 09/29/17 | J | B | |
| 548. XSP PUT - CONTRACT OPENED (EXPIRES 10/20/2017) | | None | | | Sold | 08/09/17 | J | | |
| 549. CONTRACT CLOSED | | | | | Buy | 10/17/17 | J | B | |
| 550. XSP PUT - CONTRACT OPENED (EXPIRES 10/20/17) | | None | | | Sold | 08/22/17 | J | | |
| 551. CONTRACT CLOSED | | | | | Buy | 10/12/17 | J | B | |
| 552. XSP PUT - CONTRACT OPENED (EXPIRES 11/17/17) | | None | | | Sold | 08/29/17 | J | | |
| 553. CONTRACT CLOSED | | | | | Expired | 11/17/17 | J | B | |
| 554. XSP PUT - CONTRACT OPENED (EXPIRES 12/15/2017) | | None | | | Sold | 10/06/17 | J | | |
| 555. CONTRACT CLOSED | | | | | Buy | 12/01/17 | J | B | |
| 556. XSP PUT - CONTRACT OPENED (EXPIRES 1/19/2018) | | None | | | Sold | 11/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 557. XSP PUT - CONTRACT OPENED (EXPIRES 2/16/2018) | | None | | | Sold | 11/03/17 | J | | |
| 558. XSP PUT - CONTRACT OPENED (EXPIRES 2/16/2018) | | None | | | Sold | 12/01/17 | J | | |
| 559. CASH/S/T INVESTS/MM ACCTS (LINES 560-578) | | | | | | | | | |
| 560. GOLDMN SACHS BANK(FKA GS FINCL) MM/CASH (NOTE 26 SEC VIII) | C | Interest | L | T | | | | | |
| 561. GOLDMN SACHS BANK(FKA GS FINCL) (PUT) MM/CASH (NOTE 26) | A | Interest | L | T | | | | | |
| 562. GOLDMAN SACHS BANK MM/CASH (EQTY) (NOTE 26 IN SECT VIII) | A | Interest | P1 | T | Open | 10/12/17 | N | | |
| 563. GOLDMAN SACHS DEPOSIT/CASH #2 (FDN) | A | Interest | L | T | | | | | |
| 564. CHARLES SCHWAB CASH ACCOUNT (X) (NOTES 8 & 26 IN SECT VIII) | | None | J | T | | | | | |
| 565. CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | K | T | | | | | |
| 566. CITIBANK INTEREST CHECKING ACCOUNT #1 (FERP) | A | Interest | K | T | | | | | |
| 567. CITIBANK CHECKING ACCOUNT (HH) | | None | K | T | | | | | |
| 568. CITIBANK AGENCY TRUST CASH (NOTES 12 & 25 SECT VIII) | A | Interest | L | T | | | | | |
| 569. CITIBANK ASSET ACCOUNT | | None | K | T | | | | | |
| 570. CITIBANK MONEY MARKET PLUS | D | Interest | P2 | T | | | | | |
| 571. CITIBANK INTEREST CHECKING ACCOUNT #2 (KATNH) | A | Interest | J | T | | | | | |
| 572. CITIBANK CHECKING ACCOUNT (REV TR) (SEE NOTE 8 IN SECT VIII) | | None | J | T | Open | 08/28/17 | J | | |
| 573. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTES 8 & 25 IN SECT VIII) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 574. CGMI BANK DEPOSIT PROGRAM (NOTE 25 IN SECT VIII) | A | Interest | N | T | | | | | |
| 575. CITI INVESTOR CASH/MM ACCOUNT (SEE NOTE 14 IN SECT VIII) | A | Interest | J | T | | | | | |
| 576. MORGAN STANLEY BANK/TRUST DEPOSITS #2 (NOTE 25 SECT VIII) | A | Interest | K | T | | | | | |
| 577. MORGAN STANLEY BNK/TRST DPSTS #2A (5161) (NOTE 25 SECT VIII) | A | Interest | K | T | | | | | |
| 578. MORGAN STANLEY BANK/TRUST DEPOSITS #3 (ROTH IRA) | A | Interest | J | T | | | | | |
| 579. FDN BROKERAGE #1 (NOTE 16 IN SECT VIII) | | | | | | | | | |
| 580. WALGREENS BOOTS ALLIANCE (X) | | None | | | Sold | 10/27/17 | M | G | |
| 581. FDN BRKG ACCT #2 (LINES 582-680) (NOTE 16 SECT VIII) | | | | | | | | | |
| 582. MORGAN STANLEY BANK/TRUST #1 (CASH/MM) (NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 583. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | L | T | | | | | |
| 584. COMMON STOCKS AND FUNDS (LINES 538- 633) | | | | | | | | | |
| 585. ADIENT PLC | A | Dividend | L | T | Buy | 03/28/17 | L | | |
| 586. ALPHABET INC COMMON STOCK | | None | M | T | Sold (part) | 12/07/17 | K | D | |
| 587. AMAZON COM INC COMMON STOCK | | None | L | T | | | | | |
| 588. AQR LONG SHORT EQ INST FUND | D | Dividend | M | T | | | | | |
| 589. AQR MANAGED FUTURES STRATEGY FUND | | None | | | Sold | 07/13/17 | L | | |
| 590. AQR STYLE PREMIA ALTERNATIVE FUND | D | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 591.  ARES CAPITAL CORP FUND | D | Dividend | M | T | Sold (part) | 04/03/17 | K | D | |
| 592.  ABERDEEN INCOME CREDIT FUND (FKA AVENUE INCOME CREDIT FUND) | C | Dividend | | | Sold (part) | 11/01/17 | J | | |
| 593. | | | | | Sold | 11/02/17 | K | | |
| 594.  BLACKROCK CORP HIGH YIELD FD INC | A | Dividend | | | Sold (part) | 01/25/17 | K | B | |
| 595. | | | | | Sold (part) | 01/26/17 | K | B | |
| 596. | | | | | Sold (part) | 01/27/17 | K | B | |
| 597. | | | | | Sold (part) | 01/30/17 | J | A | |
| 598. | | | | | Sold | 01/31/17 | J | A | |
| 599.  CHEVRON CORP COMMON STOCK | B | Dividend | | | Sold | 07/13/17 | L | | |
| 600.  CISCO SYSTEMS INC COMMON STOCK | | None | L | T | Buy | 11/17/17 | L | | |
| 601.  COMCAST CORP COMMON STOCK | A | Dividend | L | T | Buy | 07/13/17 | L | | |
| 602.  CORBUS PHARMACEUTICALS HLDGS | | None | K | T | Buy | 11/01/17 | K | | |
| 603.  CROWN CASTLE INTL CORP COMMON STOCK | D | Dividend | M | T | Sold (part) | 05/23/17 | J | A | |
| 604. | | | | | Sold (part) | 06/29/17 | K | D | |
| 605. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 606. | | | | | Sold (part) | 11/03/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 607. DANAHER CORP COMON STOCK | A | Dividend | L | T | | | | | |
| 608. DOWDUPONT INC COMMON STOCK | | None | L | T | Buy | 11/30/17 | L | | |
| 609. FIRST TRUST SENIOR LOAN FUND | B | Dividend | L | T | Sold (part) | 11/17/17 | J | | |
| 610. FRESHPET INC COMMON STOCK | | None | L | T | Sold (part) | 12/07/17 | J | D | |
| 611. | | | | | Sold (part) | 12/08/17 | J | C | |
| 612. | | | | | Sold (part) | 12/11/17 | J | B | |
| 613. GTT COMMUNICATIONS INC COMMON STOCK | | None | | | Sold (part) | 05/18/17 | K | D | |
| 614. | | | | | Sold | 05/19/17 | K | D | |
| 615. HONEYWELL INTERNATIONAL INC COMMON STOCK | B | Dividend | L | T | Sold (part) | 07/13/17 | K | D | |
| 616. IQVIA HOLDINGS (FKA QUINTILES IMS HOLDINGS) COMMON STOCK | | None | L | T | Buy | 08/14/17 | L | | |
| 617. | | | | | Buy (add'l) | 11/09/17 | K | | |
| 618. | | | | | Sold (part) | 11/30/17 | K | | |
| 619. ISHARES MSCI GROWTH INDX FD | A | Dividend | K | T | | | | | |
| 620. ISHARES NASDAQ BIOTECH ETF | | None | | | Buy (add'l) | 01/11/17 | J | | |
| 621. | | | | | Sold | 01/17/17 | L | D | |
| 622. ISHARES US OIL & GAS EXP PROD FUND | A | Dividend | | | Sold (part) | 11/03/17 | K | D | |
| 623. | | | | | Sold (part) | 12/07/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 624. | | | | | Sold | 12/08/17 | K | D | |
| 625.  JPMORGAN HEDGED EQUITY FUND | A | Dividend | L | T | Buy | 10/05/17 | L | | |
| 626.  KAR AUCTION SERVICES INC COMMON STOCK | A | Dividend | | | Sold (part) | 02/02/17 | K | D | |
| 627. | | | | | Sold (part) | 02/03/17 | K | D | |
| 628. | | | | | Sold (part) | 02/06/17 | K | D | |
| 629. | | | | | Sold | 02/07/17 | J | A | |
| 630.  KINDER MORGAN INCORP COMMON STOCK | | None | L | T | Buy | 12/07/17 | K | | |
| 631. | | | | | Buy (add'l) | 12/08/17 | K | | |
| 632. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 633.  MEDTRONIC PLC COMMON STOCK | B | Dividend | | | Sold | 08/14/17 | L | D | |
| 634.  OAKMARK INTERNATIONAL MUTUAL FUND | D | Dividend | M | T | Buy | 02/01/17 | L | | |
| 635. | | | | | Buy (add'l) | 03/09/17 | K | | |
| 636. | | | | | Buy (add'l) | 04/24/17 | L | | |
| 637. | | | | | Sold (part) | 08/10/17 | K | B | |
| 638.  ONEOK INC COMMON STOCK | | None | L | T | Buy | 12/07/17 | K | | |
| 639. | | | | | Buy (add'l) | 12/08/17 | K | | |
| 640. | | | | | Buy (add'l) | 12/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 641. PENNANTPARK FLTG RATE CAP LTD FUND | D | Dividend | L | T | | | | | |
| 642. PENNANTPARK INVESTMENT CORP FUND | D | Dividend | L | T | | | | | |
| 643. POWERSHARES INTL BUYBACK FUND | A | Dividend | L | T | | | | | |
| 644. PROSHARES TR S&P 500 DV ARIST FUND | B | Dividend | M | T | Sold (part) | 11/03/17 | L | D | |
| 645. | | | | | Sold (part) | 11/30/17 | K | C | |
| 646. SOLAR CAPITAL LTD FUND | C | Dividend | K | T | | | | | |
| 647. SONIC CORP COMMON STOCK (X) | | None | O | T | | | | | |
| 648. SPDR S&P MIDCAP 400 ETF TRUST | B | Dividend | M | T | Sold (part) | 11/30/17 | K | D | |
| 649. STARBUCKS CORP COMMON STOCK | A | Dividend | L | T | Buy | 08/25/17 | L | | |
| 650. STARWOOD PROPERTY TRUST INC COMMON STOCK | D | Dividend | L | T | | | | | |
| 651. TERRAFORM PWR INC COMMON STOCK | | None | L | T | Buy | 11/03/17 | K | | |
| 652. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 653. | | | | | Buy (add'l) | 11/07/17 | K | | |
| 654. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 655. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 656. | | | | | Buy (add'l) | 11/10/17 | K | | |
| 657. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 658. TORONTO DOM BK COMMON STOCK | B | Dividend | M | T | Buy | 04/04/17 | L | | |
| 659. | | | | | Buy (add'l) | 05/26/17 | K | | |
| 660. VANGUARD INFO TECH ETF | B | Dividend | M | T | Sold (part) | 11/17/17 | K | E | |
| 661. VANGUARD MID-CAP ETF | B | Dividend | L | T | | | | | |
| 662. VANGUARD SMALL CAP ETF | A | Dividend | | | Sold | 04/03/17 | M | E | |
| 663. VERIZON COMMUNICATIONS COMMON STOCK | B | Dividend | M | T | Buy | 07/13/17 | L | | |
| 664. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 665. | | | | | Sold (part) | 12/07/17 | K | C | |
| 666. VIRTUS VONTOBEL MUTUAL FUND (FKA VIRTUS INSIGHT EMRG MKTS) | A | Dividend | L | T | | | | | |
| 667. VISA INC COMMON STOCK | A | Dividend | M | T | | | | | |
| 668. WALT DISNEY CO HLDG CO COMMON STOCK | B | Dividend | L | T | | | | | |
| 669. WELLS FARGO & CO COMMON STOCK | C | Dividend | M | T | Sold (part) | 11/03/17 | K | D | |
| 670. WISDOMTREE CBOE S&P 500 ETF | D | Dividend | M | T | Buy (add'l) | 01/26/17 | L | | |
| 671. | | | | | Sold (part) | 08/10/17 | K | B | |
| 672. WISDOMTREE EUROPE SMALL CAP DIV ETF | C | Dividend | M | T | Buy (add'l) | 04/24/17 | L | | |
| 673. WISDOMTREE MID CAP DIV FUND | B | Dividend | | | Sold (part) | 01/25/17 | K | D | |
| 674. | | | | | Sold | 10/05/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 675. WISDOMTREE SMALL CAP DIV FUND | C | Dividend | L | T | Sold (part) | 08/10/17 | K | C | |
| 676. | | | | | Sold (part) | 12/07/17 | J | A | |
| 677. WISDOMTREE TRUST MDCP EARN FUND | B | Dividend | M | T | Buy (add'l) | 01/25/17 | L | | |
| 678. | | | | | Sold (part) | 11/17/17 | K | D | |
| 679. YUM BRANDS COMMON STOCK | A | Dividend | | | Sold (part) | 08/10/17 | J | B | |
| 680. | | | | | Sold | 08/25/17 | L | E | |
| 681. NON-PUBLICS (NOTES 5 & 7 IN SECT VIII) (LINES 682-834) | | | | | | | | | |
| 682. ARIZONA SNOWBOWL (SEE NOTES 11 & 26 IN SECT VIII) | | None | | | Distributed | 11/09/17 | J | A | |
| 683. ELGIN CAPITAL (SEE NOTES 1 & 25 IN SECT VIII) | F | Distribution | N | W | Distributed (part) | 09/06/17 | K | | |
| 684. CENTERBRIDGE CREDIT PARTNERS (SEE NOTES 1 & 25 IN SECT VIII) | F | Distribution | P1 | U | | | | | |
| 685. TAMPA BAY RAYS (SEE NOTE 1 IN SECT VIII) | G | Distribution | N | W | | | | | |
| 686. HARDING SERVICE, LLC (Y) | | | | | | | | | |
| 687. OFFIT CAPITAL ADVISORS (SEE NOTE 1 IN SECTION VIII) | F | Distribution | N | W | Distributed (part) | 03/16/17 | L | | |
| 688. UNIVERSAL HOSPITAL SERVICES HLDG CO (NOTES 1 & 26 SECT VIII) | | None | M | W | | | | | |
| 689. WHOLESOME FOODS (SEE NOTES 1 & 26 IN SECTION VIII) | G | Distribution | O | W | Distributed (part) | 07/26/17 | N | | |
| 690. GOLUB CAPITAL PARTNERS (SEE NOTES 9 & 25 IN SECTION VIII) | G | Distribution | P1 | W | Distributed (part) | 01/25/17 | K | | |
| 691. | | | | | Distributed (part) | 04/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 692. | | | | | Distributed (part) | 07/25/17 | K | | |
| 693. | | | | | Distributed (part) | 10/26/17 | K | | |
| 694. GOLUB CAPITAL VIII (SEE NOTES 9 & 25 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 01/25/17 | K | | |
| 695. | | | | | Distributed (part) | 04/27/17 | K | | |
| 696. | | | | | Distributed (part) | 07/25/17 | K | | |
| 697. | | | | | Distributed (part) | 10/25/17 | K | | |
| 698. IRVING PLACE CAPITAL II (SEE NOTES 9 & 25 IN SECT VIII) | A | Distribution | K | W | Distributed (part) | 08/07/17 | J | | |
| 699. IRVING PLACE CAITAL III (SEE NOTES 11 & 25 IN SECT VIII) (X) | A | Distribution | | | Distributed | 03/27/17 | J | | |
| 700. BLACKSTONE REAL ESTATE VI & VIII (NOTES 9 & 25 SECT VIII) | H1 | Distribution | P1 | W | Distributed (part) | 01/26/17 | L | | |
| 701. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 702. | | | | | Buy (add'l) | 02/03/17 | K | | |
| 703. | | | | | Distributed (part) | 03/02/17 | L | | |
| 704. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 705. | | | | | Distributed (part) | 03/22/17 | O | | |
| 706. | | | | | Buy (add'l) | 03/24/17 | K | | |
| 707. | | | | | Distributed (part) | 04/21/17 | J | | |
| 708. | | | | | Buy (add'l) | 04/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 709. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 710. | | | | | Buy (add'l) | 05/12/17 | K | | |
| 711. | | | | | Distributed (part) | 05/24/17 | M | | |
| 712. | | | | | Distributed (part) | 05/26/17 | K | | |
| 713. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 714. | | | | | Distributed (part) | 06/23/17 | J | | |
| 715. | | | | | Buy (add'l) | 06/23/17 | L | | |
| 716. | | | | | Distributed (part) | 06/27/17 | N | | |
| 717. | | | | | Buy (add'l) | 07/06/17 | K | | |
| 718. | | | | | Distributed (part) | 07/19/17 | K | | |
| 719. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 720. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 721. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 722. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 723. | | | | | Distributed (part) | 08/28/17 | J | | |
| 724. | | | | | Distributed (part) | 08/29/17 | K | | |
| 725. | | | | | Distributed (part) | 09/21/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**　　　Name of Person Reporting　　　Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 726. | | | | | Distributed (part) | 09/27/17 | K | | |
| 727. | | | | | Buy (add'l) | 09/29/17 | K | | |
| 728. | | | | | Distributed (part) | 10/12/17 | M | | |
| 729. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 730. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 731. | | | | | Distributed (part) | 11/30/17 | K | | |
| 732. | | | | | Buy (add'l) | 12/07/17 | L | | |
| 733. | | | | | Distributed (part) | 12/11/17 | L | | |
| 734. | | | | | Distributed (part) | 12/13/17 | L | | |
| 735. | | | | | Buy (add'l) | 12/21/17 | L | | |
| 736. | | | | | Distributed (part) | 12/27/17 | K | | |
| 737. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 738. BLENHEIM ELGIN NATL RES FUND (NOTES 9 & 25 IN SECT VIII) | E | Distribution | O | W | | | | | |
| 739. CENTERVIEW CAPITAL (SEE NOTES 9, 23 & 25 IN SECT VIII) | G | Distribution | O | W | Distributed (part) | 12/14/17 | O | | |
| 740. ADVANTAGE SALES MARKETING (Y) (SEE NOTE 23 IN SECT VIII) | | | | | | | | | |
| 741. OLE SMOKEY TENNESSEE MOONSHINE (Y) (SEE NOTE 23 IN SECT VIII | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 742. RICHELIEU FOODS, INC (Y) (SEE NOTE 23 IN SECT VIII) | | | | | | | | | |
| 743. DGNL VENTURES (SEE NOTES 9 & 25 IN SECT VIII) | A | Distribution | M | W | Buy (add'l) | 03/31/17 | K | | |
| 744. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 745. ELGIN CAPITAL PARTNERS II (SEE NOTES 9 & 25 SECT VIII) | F | Distribution | O | W | Buy | 07/26/17 | N | | |
| 746. GEMSPRING CAPITAL (SEE NOTES 9 & 25 IN SECTION VIII) | E | Distribution | M | W | Buy | 04/13/17 | L | | |
| 747. | | | | | Buy (add'l) | 12/13/17 | M | | |
| 748. HIGHCAPE PARTNERS (SEE NOTES 9, 23 & 25 IN SECT VIII) | B | Distribution | P1 | W | Buy (add'l) | 05/12/17 | M | | |
| 749. | | | | | Buy (add'l) | 08/02/17 | L | | |
| 750. CHEETAH MEDICAL (Y) (SEE NOTE 23 IN SECT VIII) | | | | | | | | | |
| 751. TELABIO (Y) (SEE NOTE 23 IN SECT VIII) | | | | | | | | | |
| 752. AZIYO (Y) (SEE NOTE 23 IN SECT VIII) | | | | | | | | | |
| 753. KAYNE ANDERSON (SEE NOTES 9 & 25 IN SECT VIII) | G | Distribution | O | W | Buy (add'l) | 01/31/17 | L | | |
| 754. | | | | | Buy (add'l) | 06/09/17 | O | | |
| 755. | | | | | Buy (add'l) | 08/22/17 | N | | |
| 756. | | | | | Buy (add'l) | 09/14/17 | M | | |
| 757. | | | | | Buy (add'l) | 10/13/17 | K | | |
| 758. KITCHEN FUND (SEE NOTES 9 & 25 IN SECT VIII) | | None | M | W | Buy | 02/09/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 759. | | | | | Buy (add'l) | 10/13/17 | L | | |
| 760. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTES 9 & 25 SECT VIII) | E | Distribution | M | W | Distributed (part) | 05/26/17 | L | | |
| 761. | | | | | Distributed (part) | 10/06/17 | K | | |
| 762. VESTAR CAP/ASSOC V (SEE NOTES 9 & 25 IN SECT VIII) | | None | O | W | Distributed (part) | 04/27/17 | J | | |
| 763. | | | | | Distributed (part) | 06/27/17 | J | | |
| 764. | | | | | Distributed (part) | 09/29/17 | J | | |
| 765. | | | | | Distributed (part) | 12/22/17 | J | | |
| 766. VESTAR ASSOCIATES, VI (SEE NOTES 18 & 26 IN SECT VIII) | E | Distribution | | | | | | | |
| 767. RAZOR'S EDGE FUND (SEE NOTES 9 & 25 IN SECT VIII) | F | Distribution | P1 | W | Buy (add'l) | 06/02/17 | J | | |
| 768. | | | | | Distributed (part) | 12/29/17 | M | | |
| 769. | | | | | Buy (add'l) | 12/29/17 | K | | |
| 770. RAZOR'S EDGE FUND II (SEE NOTES 9 & 25 IN SECT VIII) | A | Distribution | N | W | Buy (add'l) | 07/06/17 | M | | |
| 771. | | | | | Buy (add'l) | 12/27/17 | M | | |
| 772. RED ABBEY (SEE NOTES 9 & 25 IN SECT VIII) | | None | K | W | | | | | |
| 773. SENTINEL CAPITAL III (SEE NOTES 10 & 25 IN SECT VIII) | | None | | | Distributed | 12/22/17 | J | C | |
| 774. SENTINEL CAPITAL IV (SEE NOTES 10 & 25 IN SECT VIII) | G | Distribution | | | | | | | |
| 775. SENTINEL CAPITAL V (SEE NOTES 10 & 25 IN SECT VIII) | E | Distribution | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 776. ALTIMA DENTAL (SEE NOTE 15 IN SECT VIII) | | None | M | W | Buy | 01/17/17 | N | | |
| 777. CABI HOLDING (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy | 04/10/17 | O | | |
| 778. | | | | | Distributed (part) | 09/29/17 | K | | |
| 779. CHASE DOORS (SEE NOTE 11 IN SECT VIII) | | None | | | Distributed | 12/21/17 | K | E | |
| 780. CHECKERS & RALLY'S (SEE NOTE 15 IN SECTION VIII) | | None | | | Sold | 04/26/17 | P1 | H1 | OAK HILL CAPITAL PARTNERS |
| 781. | | | | | Distributed | 07/10/17 | L | F | |
| 782. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | | | | | |
| 783. CORPORATE VISIONS (SEE NOTE 15 IN SECT VIII) | | None | L | W | | | | | |
| 784. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 785. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | K | W | Distributed (part) | 03/16/17 | J | | |
| 786. | | | | | Distributed (part) | 06/21/17 | K | | |
| 787. | | | | | Distributed (part) | 12/21/17 | K | | |
| 788. DRIVEN PERFORMANCE BRANDS (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 789. FAZOLI GROUP (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 790. HOLLANDER SLEEP PRODUCTS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 791. HUDDLE HOUSE (SEE NOTE 15 IN SECT VIII) | E | Distribution | N | W | | | | | |
| 792. LTI HOLDINGS (SEE NOTE 11 IN SECT VIII) | | None | | | Distributed | 02/02/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 793. LUMINARIES GROUP (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 794. MARKETPLACE EVENTS (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 795. MB2 DENTAL (SEE NOTE 15 IN SECT VIII) | None | | O | W | Buy | 11/16/17 | O | | |
| 796. NATIONAL SPINE AND PAIN CENTERS (SEE NOTE 15 IN SECT VIII) | None | | | | Distributed (part) | 04/26/17 | J | | |
| 797. | | | | | Sold | 06/05/17 | P1 | G | AVISTA CAPITAL PARTNERS |
| 798. | | | | | Distributed | 09/26/17 | J | D | |
| 799. NEWK'S HOLDINGS (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 800. NORTHEAST DENTAL MANAGEMENT (SEE NOTE 11 IN SECT VIII) | None | | | | Distributed | 03/16/17 | K | E | |
| 801. PCH HOLDINGS (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 09/29/17 | P1 | H1 | COURT SQUARE |
| 802. POWER PRODUCT (SEE NOTE 11 IN SECT VIII) | None | | | | Distributed (part) | 03/16/17 | K | E | |
| 803. | | | | | Distributed | 12/21/17 | L | F | |
| 804. QUICK WEIGHT LOSS CENTERS (SEE NOTE 15 IN SECT VIII) | None | | J | W | | | | | |
| 805. REVENEW INTERNATIONAL (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 806. ROBOMETRICS (SEE NOTE 15 IN SECT VIII) | None | | O | W | | | | | |
| 807. SONNY'S ENTERPRISES (SEE NOTE 15 IN SECT VIII) | None | | O | W | Buy | 01/17/17 | N | | |
| 808. SPINRITE (SEE NOTE 11 IN SECT VIII) | None | | | | Distributed (part) | 02/02/17 | K | E | |
| 809. | | | | | Distributed | 12/22/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 810. TGI FRIDAYS (SEE NOTE 15 IN SECT VIII) | G | Distribution | O | W | | | | | |
| 811. TOTAL MILITARY MANAGEMENT (SEE NOTE 15 IN SECT VIII) | G | Distribution | O | W | | | | | |
| 812. TRUSSBILT (SEE NOTE 11 IN SECT VIII) | | None | | | Distributed | 02/02/17 | J | C | |
| 813. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | B | Interest | K | W | Sold (part) | 09/26/17 | N | G | AUDAX GROUP |
| 814. SCIENS CAPITAL (AKA ZILKHA) (Y) | | | | | | | | | |
| 815. SCP SHARE EXCHANGE CO (SEE NOTES 17 & 26 IN SECT VIII) | | None | | | | | | | |
| 816. QUINTANA ENERGY PARTNERS (SEE NOTES 9 & 25 IN SECT VIII) | | None | N | W | | | | | |
| 817. TINICUM LP (SEE NOTES 9 & 25 IN SECT VIII) | | None | P1 | W | Buy (add'l) | 03/10/17 | L | | |
| 818. | | | | | Buy (add'l) | 04/05/17 | M | | |
| 819. | | | | | Distributed (part) | 05/24/17 | M | | |
| 820. | | | | | Buy (add'l) | 05/24/17 | L | | |
| 821. | | | | | Distributed (part) | 06/09/17 | M | | |
| 822. | | | | | Buy (add'l) | 06/09/17 | M | | |
| 823. | | | | | Distributed (part) | 10/27/17 | K | | |
| 824. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 825. | | | | | Buy (add'l) | 11/15/17 | M | | |
| 826. 3G KRAFT HEINZ (NOTES 9 & 25 IN SECT VIII) | G | Distribution | P2 | W | Distributed (part) | 03/29/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Wood, Kimba M.

10/10/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 827. | | | | | Distributed (part) | 06/20/17 | K | | |
| 828. | | | | | Distributed (part) | 09/19/17 | K | | |
| 829. | | | | | Distributed (part) | 12/19/17 | K | | |
| 830. 3G FUND IV (SEE NOTES 9 & 25 IN SECT VIII) | F | Distribution | P1 | W | Distributed (part) | 03/29/17 | K | | |
| 831. | | | | | Distributed (part) | 06/19/17 | K | | |
| 832. | | | | | Distributed (part) | 09/18/17 | K | | |
| 833. | | | | | Distributed (part) | 12/18/17 | K | | |
| 834. VALINOR LP (SEE NOTES 9 & 25 IN SECT VIII) | | None | N | W | Buy (add'l) | 06/23/17 | M | | |
| 835. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 836-877) | | | | | | | | | |
| 836. AMBULNZ LLC (SEE NOTE 1 IN SECT VIII) | | None | O | W | Buy (add'l) | 12/11/17 | M | | |
| 837. ATLANTA VININGS (SEE NOTES 1 & 25 IN SECT VIII) | | None | O | W | Distributed (part) | 05/15/17 | J | | |
| 838. | | | | | Distributed (part) | 06/15/17 | J | | |
| 839. | | | | | Distributed (part) | 07/14/17 | J | | |
| 840. | | | | | Distributed (part) | 08/15/17 | J | | |
| 841. | | | | | Distributed (part) | 09/15/17 | J | | |
| 842. | | | | | Distributed (part) | 10/13/17 | J | | |
| 843. | | | | | Distributed (part) | 11/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wood, Kimba M.

10/10/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 844. | | | | | Distributed (part) | 12/15/17 | J | | |
| 845. BLUE LOTUS INVESTMENT FUND (SEE NOTES 1 & 25 IN SECT VIII) | E | Distribution | O | U | Buy (add'l) | 05/25/17 | N | | |
| 846. CEDAR ROCK CAPITAL PARTNERS (SEE NOTES 1 & 25 IN SECT VIII) | G | Distribution | P2 | T | Buy (add'l) | 06/29/17 | P1 | | |
| 847. CHEETAH MEDICAL DIRECT | | None | M | U | Buy (add'l) | 04/17/17 | J | | |
| 848. GOLD BULLION (SEE NOTE 25 IN SECT VIII) | | None | N | T | | | | | |
| 849. F. E. RICHARDSON & CO (SEE NOTES 1, 13 & 26 IN SECT VIII) | | None | L | V | Buy (add'l) | 01/03/17 | K | | |
| 850. | | | | | Buy (add'l) | 01/27/17 | K | | |
| 851. | | | | | Buy (add'l) | 02/03/17 | L | | |
| 852. | | | | | Buy (add'l) | 02/16/17 | K | | |
| 853. | | | | | Buy (add'l) | 03/17/17 | K | | |
| 854. | | | | | Buy (add'l) | 04/13/17 | K | | |
| 855. | | | | | Buy (add'l) | 05/05/17 | K | | |
| 856. | | | | | Buy (add'l) | 05/25/17 | M | | |
| 857. | | | | | Buy (add'l) | 06/08/17 | K | | |
| 858. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 859. | | | | | Buy (add'l) | 07/06/17 | K | | |
| 860. | | | | | Buy (add'l) | 08/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Wood, Kimba M.

10/10/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 861. | | | | | Buy (add'l) | 08/23/17 | K | | |
| 862. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 863. | | | | | Buy (add'l) | 09/15/17 | K | | |
| 864. | | | | | Buy (add'l) | 10/13/17 | K | | |
| 865. | | | | | Buy (add'l) | 11/03/17 | K | | |
| 866. | | | | | Buy (add'l) | 11/22/17 | K | | |
| 867. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 868. HITCHWOOD CAPITAL (SEE NOTES 1 & 26 IN SECT VIII) | | None | L | U | Redeemed (part) | 07/13/17 | O | G | |
| 869. ORBIMED (SEE NOTES 1 & 25 IN SECT VIII) | | None | O | U | | | | | |
| 870. OVERLOOK PARTNERS (SEE NOTES 1 & 25 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 871. OVERLOOK 3G PARTNERS (SEE NOTES 1 & 25 IN SECT VIII) | E | Distribution | N | U | | | | | |
| 872. RYFT (AKA RE SIDECAR 2) (SEE NOTES 1 & 25 IN SECT VIII) | | None | O | U | | | | | |
| 873. ZOOM DATA DRCT (AKA RE SIDECAR 5) (NOTES 1 & 25 SECT VIII) | | None | K | U | | | | | |
| 874. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 875. SHIRLEY NAVARETTE, PERSONAL LOAN - BALANCE FORGIVEN | | None | | | Closed | 08/31/17 | J | | |
| 876. SARA LAJOIE, PERSONAL LOAN - NOTE RECEIVABLE | A | Interest | K | U | | | | | |
| 877. JAMES MCNAMARA, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | Open | 12/27/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 878. TRUST #1 (LINES 879-892) (SEE NOTE 2 IN SECT VIII) | | | | | | | | | |
| 879. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | A | Interest | K | T | | | | | |
| 880. ---ABB-VIE INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 881. --AMAZON.COM INC COMMON STOCK | | None | M | T | | | | | |
| 882. ---BLACKROCK INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 883. --CHUBB LTD COMMON | B | Dividend | M | T | | | | | |
| 884. ---FACEBOOK INC COMMON STOCK | | None | M | T | | | | | |
| 885. ---JOHNSON & JOHNSON COMMON STOCK | B | Dividend | L | T | | | | | |
| 886. ---JPMORGAN CHASE & CO COMMON STOCK | | None | M | T | Buy | 12/04/17 | M | | |
| 887. ---MASTERCARD INC COMMON STOCK | | None | M | T | Buy | 12/13/17 | M | | |
| 888. ---SONIC CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 889. --STARBUCKS CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 890. ---WALGREEN BOOTS ALLIANCE, INC CO CMN STOCK | B | Dividend | | | Buy (add'l) | 05/25/17 | K | | |
| 891. | | | | | Sold (part) | 08/15/17 | K | | |
| 892. | | | | | Sold | 10/27/17 | M | F | |
| 893. TRUST #1A (LINES 894-924) (NOTES 1, 2, 7 & 20 SECT VIII) | | | | | | | | | |
| 894. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | A | Interest | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Wood, Kimba M.

Date of Report
10/10/2018

Page 57 of 73

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 895.  ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4B | A | Interest | J | T | Open | 11/08/17 | J | | |
| 896.  ---WILLIAMS PARTNERS | B | Distribution | K | T | | | | | |
| 897.  ---ANTERO MIDSTREAM PARTNERS | A | Distribution | | | Sold | 11/21/17 | J | A | |
| 898.  --BUCKEYE PARTNERS LP | A | Distribution | | | Sold | 11/21/17 | J | | |
| 899.  ---DCP MIDSTREAM PARTNERS LP | | None | | | Sold | 11/21/17 | J | | |
| 900.  ---ENBRIDGE INC COMMON | A | Dividend | | | Sold | 11/21/17 | J | | |
| 901.  --ENERGY TRANSFER PARTNERS, LP | B | Distribution | | | Sold | 11/21/17 | K | | |
| 902.  ---ENTERPRISE PRODUCTS PART LP | | None | K | T | | | | | |
| 903.  ---EQT GP HOLDINGS COMMON | | None | | | Sold | 11/21/17 | J | | |
| 904.  ---EQT MIDSTREAM PARTNERS LP COMMON | A | Distribution | | | Sold (part) | 03/31/17 | J | A | |
| 905. | | | | | Sold | 11/21/17 | J | | |
| 906.  ---GENESIS ENERGY, LP | | None | | | Sold | 11/21/17 | J | | |
| 907.  ---KINDER MORGAN INC | A | Dividend | | | Buy | 03/23/17 | J | | |
| 908. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 909. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 910. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 911. | | | | | Sold | 11/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 912. ---MAGELLAN MIDSTREAM PARTNERS LP | B | Distribution | K | T | | | | | |
| 913. ---MPLX LP | | None | | | Sold | 11/21/17 | K | C | |
| 914. ---ONEOK INC CMN | A | Dividend | | | Sold (part) | 09/21/17 | J | A | |
| 915. | | | | | Sold | 11/21/17 | K | | |
| 916. ---ONEOK PARTNERS, LP | A | Distribution | | | Merged (with line 914) | 07/03/17 | J | | |
| 917. ---PHILLIPS 66 PARTNERS LP | | None | | | Sold | 11/21/17 | J | | |
| 918. ---PLAINS ALL AMERICAN PIPELINE LP | | None | | | Sold | 11/21/17 | K | | |
| 919. ---TARGA RESOURCES CORP COMMON | B | Dividend | K | T | | | | | |
| 920. ---ANDEAVOR LOGISTICS (FKA TESORO LOGISTICS LP) COMMON | | None | | | Sold | 11/21/17 | J | | |
| 921. ---VALERO ENERGY PARTNERS LP | A | Distribution | | | Buy (add'l) | 10/25/17 | J | | |
| 922. | | | | | Sold | 11/21/17 | J | | |
| 923. ---WESTERN GAS PARTNERS, LP | A | Distribution | | | Sold | 11/21/17 | J | | |
| 924. ---THE WILLIAMS COMPANIES, INC | A | Dividend | | | Sold | 11/21/17 | J | | |
| 925. TRUST #1B (LINES 926-986) (NOTES 2 & 5 IN SECT VIII) | | | | | | | | | |
| 926. ---CITI TRUST CHECKING ACCOUNT | | None | J | T | | | | | |
| 927. ---FARALLON CAPITAL (SEE NOTE 9 IN SECT VIII) | D | Distribution | N | W | Distributed (part) | 02/28/17 | K | | |
| 928. | | | | | Distributed (part) | 05/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 59 of 73 | Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 929. | | | | | Distributed (part) | 11/08/17 | J | | |
| 930. ---OSCAR SCHAFER & PARTNERS (SEE NOTE 9 IN SECT VIII) (X) | E | Distribution | K | W | | | | | |
| 931. ---VESTAR III (SEE NOTE 9 IN SECT VIII) | A | Distribution | L | W | Distributed (part) | 11/02/17 | J | | |
| 932. ---VANGUARD PRIME MM FUND (NOTE 24 IN SECT VIII) | A | Dividend | J | T | Buy (add'l) | 01/17/17 | J | | |
| 933. | | | | | Buy (add'l) | 03/13/17 | K | | |
| 934. | | | | | Sold (part) | 03/27/17 | K | | |
| 935. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 936. | | | | | Sold (part) | 06/19/17 | J | | |
| 937. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 938. | | | | | Sold (part) | 12/13/17 | J | | |
| 939. ---VANGUARD FEDERAL MONEY MARKET FUND (NOTE 24 IN SECT VIII) | A | Dividend | K | T | Sold (part) | 01/27/17 | L | | |
| 940. | | | | | Buy (add'l) | 03/28/17 | K | | |
| 941. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 942. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 943. | | | | | Sold (part) | 05/26/17 | K | | |
| 944. | | | | | Buy (add'l) | 05/31/17 | K | | |
| 945. | | | | | Buy (add'l) | 06/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

-- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 946. | | | | | Sold (part) | 06/21/17 | L | | |
| 947. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 948. | | | | | Sold (part) | 06/30/17 | M | | |
| 949. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 950. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 951. | | | | | Buy (add'l) | 08/04/17 | M | | |
| 952. | | | | | Buy (add'l) | 08/09/17 | K | | |
| 953. | | | | | Sold (part) | 08/10/17 | M | | |
| 954. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 955. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 956. | | | | | Buy (add'l) | 12/06/17 | L | | |
| 957. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 958. | | | | | Sold (part) | 12/13/17 | L | | |
| 959. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 960. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 961. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 962. | | | | | Buy (add'l) | 12/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 963. ---ABBVIE INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 964. ---ALPHABET INC COMMON STOCK | | None | N | T | Buy | 01/24/17 | L | | |
| 965. | | | | | Buy (add'l) | 05/25/17 | K | | |
| 966. | | | | | Buy (add'l) | 06/27/17 | M | | |
| 967. ---AMAZON.COM INC COMMON STOCK | | None | L | T | | | | | |
| 968. ---BERKSHIRE HATHAWAY INC CL B COMMON STOCK | | None | M | T | | | | | |
| 969. ---CABOT OIL & GAS CORP COMMON STOCK | A | Dividend | | | Sold | 08/01/17 | L | D | |
| 970. ---CHUBB LTD COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 12/11/17 | K | | |
| 971. ---DOMINOS PIZZA INC COMMON STOCK | A | Dividend | M | T | Buy | 08/07/17 | M | | |
| 972. | | | | | Sold (part) | 12/04/17 | L | | |
| 973. ---HONEYWELL INTL INC COMMON STOCK | C | Dividend | N | T | Buy (add'l) | 12/11/17 | K | | |
| 974. ---ISHARES CORE MSCI EAFE ETF | C | Dividend | N | T | Buy | 06/28/17 | M | | |
| 975. ---ISHARES MSCI EAFE GROWTH ETF | A | Dividend | | | Buy | 06/16/17 | L | | |
| 976. | | | | | Sold | 06/28/17 | L | | |
| 977. ---ISHARES NASDAQ BIOTECHNOLOGY ETF | A | Dividend | | | Sold | 05/25/17 | K | A | |
| 978. ---JOHNSON & JOHNSON COMMON STOCK | B | Dividend | K | T | | | | | |
| 979. ---PIONEER NATURAL RESOURCES COMPANY COMMON STOCK | A | Dividend | | | Sold | 08/01/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 980.  ---PRIME CAP ODYSSEY AGGRESSIVE GROWTH MUTUAL FUND | C | Dividend | N | T | Buy (add'l) | 05/25/17 | K | | |
| 981.  ---SPDR SERIES TRUST S&P BIOTECH ETF | A | Dividend | | | Sold | 05/25/17 | L | D | |
| 982.  ---STARBUCKS CORP COMMON STOCK | A | Dividend | | | Sold | 08/04/17 | K | A | |
| 983.  ---VANGUARD CONSUMER DISCRETIONARY ETF | B | Dividend | M | T | | | | | |
| 984.  ---VANGUARD DIVIDEND APPRECIATION FUND | D | Dividend | N | T | | | | | |
| 985.  ---VANGUARD INFORMATION TECHNOLOGY ETF | C | Dividend | N | T | | | | | |
| 986.  ---VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | | | Sold | 06/28/17 | M | E | |
| 987.  TRUST #2 (LINES 988-996) (SEE NOTE 19 IN SECT VIII) | | | | | | | | | |
| 988.  ---TD AMERITRADE INSURED DEPOSIT/CASH ACCOUNT | A | Interest | K | T | | | | | |
| 989.  ---PRIMECAP ODYSSEY GR FD | B | Dividend | L | T | Buy (add'l) | 12/19/17 | J | | |
| 990.  ---ISHARES CORE S&P MID-CAP ETF | A | Dividend | K | T | Buy (add'l) | 05/17/17 | J | | |
| 991.  ---ISHARES TIPS BOND ETF | A | Dividend | | | Sold | 08/30/17 | K | A | |
| 992.  ---ISHARES NATL MUNI BND ETF | A | Dividend | K | T | | | | | |
| 993.  ---VANGUARD CRSP US SM CAP GROWTH IND ETF | A | Dividend | K | T | | | | | |
| 994.  ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | | | | | |
| 995.  ---VANGUARD INTERMEDIATE TERM BOND FUND | A | Dividend | | | Buy | 08/30/17 | K | | |
| 996. | | | | | Sold | 12/14/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 63 of 73

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 997. TRUST #3 (LINES 998-1040) (SEE NOTE 19 IN SECT VIII) | | | | | | | | | |
| 998. ---TD AMERITRADE CASH ACCOUNT | A | Interest | K | T | | | | | |
| 999. ---AMAZON.COM INC COMMON STOCK | | None | K | T | | | | | |
| 1000. ---AMERISOURCEBERGEN CORP COMMON STOCK | A | Dividend | | | Sold | 05/04/17 | J | C | |
| 1001. ---AMGEN INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 03/17/17 | J | | |
| 1002. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 1003. | | | | | Sold (part) | 06/19/17 | J | | |
| 1004. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 1005. ---APPLE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 1006. ---CHUBB CORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 10/02/17 | J | | |
| 1007. ---DOLLAR TREE INC COMMON STOCK | | None | | | Sold | 03/07/17 | J | C | |
| 1008. ---CARILLON EAGLE SM CAP (FKA EAGLE SM CAP GRWTH) MUTL FUND | A | Dividend | J | T | | | | | |
| 1009. ---EOG RESOURCES INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 1010. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 1011. ---FIRST TRUST DJ INTERNET COMMON STOCK | | None | K | T | | | | | |
| 1012. ---ALPHABET INC COMMON STOCK | | None | K | T | | | | | |
| 1013. ---HOME DEPOT INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1014. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 1015. ---ISHARES CORE MSCI EAFE ETF | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 1016. ---ISHARES CORE S&P SMALL-CAP ETF | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 1017. ---ISHARES CORE US AGGREGATE BOND ETF | A | Dividend | K | T | Buy | 02/27/17 | K | | |
| 1018. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 1019. ---ISHARES TIPS BOND ETF | A | Dividend | K | T | Buy (add'l) | 02/27/17 | K | | |
| 1020. ---ISHARES S&P MID-CAP ETF | A | Dividend | K | T | | | | | |
| 1021. ---ISHARES NATL MUNI BND FUND (FKA ISHARES S&P NATL AMT FRE) | A | Dividend | K | T | | | | | |
| 1022. ---JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/12/17 | J | | |
| 1023. ---KRAFT HEINZ CO | A | Dividend | | | Buy | 02/16/17 | J | | |
| 1024. | | | | | Sold | 06/28/17 | J | A | |
| 1025. ---MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 1026. ---ORACLE CORP COMMON STOCK | A | Dividend | | | Sold | 03/07/17 | J | B | |
| 1027. ---PEPSICO INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 07/11/17 | J | | |
| 1028. ---PFIZER INC COMMON STOCK | A | Dividend | | | Sold | 09/07/17 | J | B | |
| 1029. ---PIONEER NATURAL RESOURCES CO COMMON STOCK | A | Dividend | | | Buy (add'l) | 01/24/17 | J | | |
| 1030. | | | | | Sold | 07/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1031. ---PROSHARES SHORT 20+ TREASURY | | None | | | Buy | 03/09/17 | K | | |
| 1032. | | | | | Sold | 03/17/17 | K | | |
| 1033. ---ROSS STORES INC COMMON STOCK | | None | | | Sold | 03/07/17 | J | D | |
| 1034. ---3M COMPANY COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 1035. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 1036. ---TWENTY-FIRST CENTURY COMMON STOCK | A | Dividend | | | Sold | 12/14/17 | J | C | |
| 1037. ---UNITEDHEALTH GROUP INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 1038. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 1039. ---WELLS FARGO & CO COMMON STOCK | A | Dividend | | | Sold | 08/01/17 | J | C | |
| 1040. ---WEC ENERGY GROUP INC COMMON | A | Dividend | | | Sold | 05/04/17 | J | C | |
| 1041. TRUST #4 (SEE NOTES 2, 5 & 7 IN SECT VIII) | | | | | | | | | |
| 1042. ---VANGUARD PRIME MONEY MKT FUND (X) (NOTE 24 IN SECT VIII) | A | Dividend | | | Buy | 11/17/17 | J | | |
| 1043. | | | | | Sold | 11/22/17 | J | | |
| 1044. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | D | Distribution | J | V | Distributed (part) | 11/01/17 | J | | |
| 1045. TRUST #5 (NOTES 2, 5 & 7 IN SECT VIII) (LINES 1046-1069) | | | | | | | | | |
| 1046. ---VANGUARD PRIME MONEY MKT FUND ACCT #2 (NOTE 24 SECT VIII) | A | Dividend | J | T | Sold (part) | 05/30/17 | K | | |
| 1047. | | | | | Sold (part) | 05/31/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1048. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 1049. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 1050. | | | | | Sold (part) | 11/28/17 | J | | |
| 1051. | | | | | Buy (add'l) | 12/28/17 | K | | |
| 1052. | | | | | Sold (part) | 12/29/17 | K | | |
| 1053. ---STAR FUND | E | Dividend | O | T | | | | | |
| 1054. ---VANGUARD FEDERAL MONEY MARKET FUND (NOTE 24 IN SECT VIII) | A | Dividend | J | T | Buy (add'l) | 05/31/17 | K | | |
| 1055. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 1056. | | | | | Sold (part) | 06/02/17 | L | | |
| 1057. | | | | | Buy (add'l) | 10/19/17 | L | | |
| 1058. | | | | | Sold (part) | 10/23/17 | K | | |
| 1059. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 1060. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 1061. | | | | | Sold (part) | 12/01/17 | J | | |
| 1062. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 1063. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | D | Distribution | J | V | Distributed (part) | 11/01/17 | J | | |
| 1064. ---SONIC CORP COMMON STOCK | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1065. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | M | T | | | | | |
| 1066. ---VANGUARD TOTAL BOND MARKET ETF | B | Dividend | L | T | | | | | |
| 1067. --- VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | M | T | Buy (add'l) | 05/30/17 | K | | |
| 1068. | | | | | Buy (add'l) | 10/19/17 | K | | |
| 1069. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 1070. TRUST #6 (NOTES 2, 5 & 7 IN SECT VIII)(LINES 1071-1098) | | | | | | | | | |
| 1071. ---VANGUARD PRIME MONEY MKT FUND ACCT #3 (NOTE 24 SECT VIII) | A | Dividend | K | T | Sold (part) | 05/30/17 | K | | |
| 1072. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 1073. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 1074. | | | | | Buy (add'l) | 12/28/17 | K | | |
| 1075. ---STAR FUND | E | Dividend | O | T | | | | | |
| 1076. ---VANGUARD FEDL MONEY MKT FUND ACCT #3 (NOTE 24 SECT VIII) | A | Dividend | J | T | Buy (add'l) | 05/31/17 | K | | |
| 1077. | | | | | Sold (part) | 06/01/17 | K | | |
| 1078. | | | | | Sold (part) | 06/02/17 | K | | |
| 1079. | | | | | Sold (part) | 06/05/17 | J | | |
| 1080. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 1081. | | | | | Buy (add'l) | 11/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1082. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 1083. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | M | T | | | | | |
| 1084. ----VANGUARD TOTAL BOND MARKET ETF | B | Dividend | L | T | Buy (add'l) | 05/31/17 | J | | |
| 1085. ---VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | L | T | Buy (add'l) | 05/30/17 | K | | |
| 1086. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | D | Distribution | J | V | Distributed (part) | 11/01/17 | J | | |
| 1087. ---SONIC CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 1088. ---VANGUARD PRIME MONEY MKT FUND ACCT #3A (NOTE 24 SECT VIII | A | Dividend | J | T | Sold (part) | 05/26/17 | J | | |
| 1089. ---ULTRA SHORT TERM BOND INV | A | Dividend | | | Sold (part) | 05/26/17 | J | A | |
| 1090. | | | | | Sold | 05/30/17 | L | A | |
| 1091. ---VANGUARD FEDL MONEY MKT FUND ACCT #3A (NOTE 24 SECT VIII) | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 1092. | | | | | Buy (add'l) | 05/31/17 | L | | |
| 1093. | | | | | Sold (part) | 06/02/17 | K | | |
| 1094. | | | | | Sold (part) | 06/05/17 | L | | |
| 1095. ---LIVE NATION ENTERTAINMENT INC | | None | K | T | Buy | 05/30/17 | J | | |
| 1096. ---PRIME CAP ODYSSEY GROWTH | B | Dividend | M | T | | | | | |
| 1097. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | M | T | Buy (add'l) | 05/30/17 | J | | |
| 1098. ---VANGUARD INTERMEDIATE TERM CORP BOND ETF | B | Dividend | L | T | Buy | 05/31/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1099. TRUST #7 (SEE NOTE 4 IN SECT VIII) | | | | | | | | | |
| 1100. ---CITIBANK CHECKING ACCOUNT | | None | J | T | | | | | |
| 1101. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 70 of 73

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1:

If a 2017 K-1 is issued for this entity, it is a non-traded entity, and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2). If the entity (non traded) received distributions during the year, those amounts are included as transactions in Column D. regardless of K-1 amounts included in Column B.

If the interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, former Financial Disclosure Report Examiner.

If a 2017 K-1 is issued for this investment, and it is traded, all K-1 information is summed and if it meets the required income threshold, reported in Column B. (1) with Column B.(2) noting "Distribution." If the K-1 netted to a loss, then "NONE" is included in Column B.(2). If there was a book capital gain on the sale of the traded security, it is included in Column D.(4). If the traded partnership made distributions throughout the year, the sum total of all the distributions was added to the K-1 total to arrive at the amount reported in Column B.(1).

NOTE 2:

Reporting person's ▓▓▓ is either the Trustee or the Investment Trustee of this Trust and the Trust was formed by the reporting person and/or her ▓▓▓. Therefore, its assets are deemed reportable.

NOTE 3:

For the contracts that were opened (sold short), any related gains that occur will be included on the FDR when the options either expire or require action. When closing a contract requires the purchase of shares, the transaction may produce a gain if the amount received when the option was sold is more than the amount required to purchase the shares at the closing of the contract. There is no year end value reported because the contracts had no value at the end of 2017. Please note that if a contract is opened and closed in the same year, the two transactions are included on successive lines and refer to the same contract.

NOTE 4:

The trust holds two term life insurance policies and a non-interest bearing checking account. The term life policies are not reportable because they are not investment assets and they have no value. Sue Issa, Financial Disclosure Report Examiner, confirmed that the term life insurance policies are not reportable. The trust and the checking account are included on this report as Trust #7.

NOTE 5:

There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are the amounts shown either on the 12/31/2017 valuation from the fund or on the family's books as of 12/31/2017. The reporting family's book amounts are based upon the current knowledge of the worth of such companies, available company issued reports and the cost of the initial investment, less distributions plus additional investments, if no updated value is available. For the Oscar Schafer investment noted on Line 930 in Section VII, the year-end market value was based on the final distribution received in early 2018.

NOTE 6:

Either the Ending Capital Account value from the entity's 2017 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7:

For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income and the related income are included. If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8:

Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with either a reportable investment or financial institution that is listed separately on this report, the account is deemed reportable.

NOTE 9:

There is a limited partnership interest in this entity. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per my discussion with an examiner in the Financial Disclosure Office on May 2, 2018, this partnership should be presented the same way as it has been in the past. Since neither the filer nor her ▓▓▓ can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity, the assets held by the partnership are not reportable (in accordance with previous Financial Disclosure Instructions).

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership distributed funds for any reason (sale of underlying asset, return of capital, current income, etc), "Distributed (part)" is listed in Column D.(1).

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B. (1) was left blank and "None" was included in Column B.(2).

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 10:

There are several Sentinel Partnerships. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per my discussion with a Financial Dislcosure Examiner on May 2, 2018, these Partnerships should be presented the same way as they have been in the past. For previous reports, portfolio companies were listed separately because the filer's ▆▆▆▆ could potentially direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity (in accordance with previous Financial Disclosure Instructions).

There are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

Each year, there are K-1s issued for these partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately. If a market value code is shown, it is most likely due to an unclassified investment piece.

NOTE 11:

Either this investment was sold or the private equity fund LP was dissolved in a prior. So, although the reporting family received distributions (e.g. escrow, dividends, etc) and/or a K-1, there is no year-end value to report. If the entity was issued a K-1, any income was summed and included in Column B.(1) with Column B.(2) noting "Distribution.".

NOTE 12:

There is some cash invested in a "cash equivalent". The funds are invested in Western Assest Inst Govt-Inst. Although this is considered a money market fund, there were no reportable transactions during the reporting period. See NOTE 24 for further information.

NOTE 13:

The filer's ▆▆▆▆ is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account and a money market account. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14:

This investor account, put into the revocable trust in 2017 (See NOTE 25), holds the Sonic stock that is listed separately on this report. There is a cash account attached to the investor account. For this report, the small cash balance has always been added to the CGMI account balance (see Line 574) because that is how it is presented on the reporting family's books. I have separated it out for this report and will do so for future reports. Since the cash balance was always included and there are many other Citibank accounts, amending prior reports is deemed unnecessary.

NOTE 15:

This investment is made through one of the Sentinel Partnerships. Per my discussion with a Financial Disclosure Examiner on May 2, 2018, the aforementioned Partnerships' holdings should be listed individually on this report as they have been in the past. Therefore, this portfolio company is deemed reportable. See Note 10 for further information.

All transactions (investments, sales and related gain/(loss), etc.) are reported for the company. If a company paid a dividend/distribution, it is included in Column B. and noted as "Distribution." Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. If the reporting person carries no year end value for a portfolio company, there is no year end value included in Column C of this report. But, the company is still noted on this report because it is a portfolio company of a reportable limited partnership. See Note 10 for more information.

For purposes of this report, deemed contributions/distributions that occurred in 2017, are dated as of the end of the quarter in which they were deemed to have occurred.

NOTE 16: Gains/Losses on Foundation activity are included on a tax basis.

NOTE 17: There is no value for this investment on the reporting person's books. As such, there is no year-end value included in Column C. As of the filing date, the reporting person's ▆▆▆▆ has not yet received the 2017 K-1. We have estimated the K-1 distribution to be the same as last year. Once the K-1 is received, if it differs from the estimate and requires a different code, we will file an amended report to reflect the change.

NOTE 18: The reporting person's ▆▆▆▆ received a 2017 estimated K-1 from this entity. The estimated K-1 is for a carried interest allocation due to a relationship with the original Vestar funds not because the reporting family made an investment in the entity. Since the entity issues an estimated K-1, all the income lines were summed and if that total was over the reporting threshold, it is included on this report. Once the actual K-1 is received, if it differs from the estimated K-1 enough to require a different code, an amended report will be filed. Since there is no investment in this partnership, there is no year-end value to report.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 19: The reporting person's ▮▮▮▮ has a beneficial interest in this trust. Therefore, its assets are deemed reportable.

NOTE 20: The Trustee of this Trust changed the investment account that houses these investments from a managed account to a brokerage account. Nothing else changed. Therefore, for purposes of this report, since no account names or numbers are used, the account will still be called Trust #1A.

NOTE 21: There is no year-end value to report because this asset was completely sold on various dates in 2017. The final piece was sold in a transaction that did not meet the $1,000 reporing requirement.

NOTE 22: This company's 2017 K-1 was not received by the time this report was filed. Therefore, the company's income was estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code noted in this report, an amended report will be filed to reflect the change. In amended report, this footnote is no longer used because all 2017 K-1s have been received and compared to original filing.

NOTE 23: According to the reporting person's ▮▮▮▮, he no longer has a relationship with this Fund that would require the listing of the Fund's assets on this report (consistent with the way we have determined reportability in the past). Therefore, the portfolio companies associated with this Fund are no longer reportable and they are marked with a (Y).

NOTE 24: The instructions for this year's Financial Disclosure Report distinguish between a money market account and a money market fund. This account appears to be a money market fund and, hence, all transactions over $1,000 are included on this report. According to the financial report examiner with whom I spoke on 5/1/2018, there is no need to amend prior years' disclosure reports even though the account has existed for many years.

NOTE 25: During the reporting period, on various dates, the reporting person's ▮▮▮▮ re-titled most of his assets from himself, personally, to his revocable trust. This task was done for estate planning purposes. All assets were re-titled in kind. All revocable trust account activity is still considered that of the reporting person's spouse and is still included on this report. For Sentinel Capital V, the reporting person is also an investor. Her piece was not put into a revocable trust. Only her ▮▮▮▮ investment piece was put into his revocable trust.

NOTE 26: As of 12/31/2017, or earlier if the total stock position was sold, the asset was not transferred into the reporting person's ▮▮▮▮ revocable trust. See NOTE 25 for more information. For individual stocks where NOTES 25 and 26 are both referenced, it means that some of the stock held in one account was transferred into the trust while other shares held in a different account were not yet transferred into the revocable trust as of 12/31/2017.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 73 of 73 | Wood, Kimba M. | 10/10/2018 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544